# Exhibit C

**THE WHITE HOUSE**

WASHINGTON

September 10, 2019

The Hon. John R. Bolton
9107 Fernwood Road
Bethesda, MD  20817

Dear Ambassador Bolton:

    I write to continue the orderly process of your separation from service following your resignation as Assistant to the President for National Security Affairs. I know that you are committed to protecting confidential information you received while at the White House, but in an abundance of caution, I write to remind you of your continuing obligations and responsibilities to protect all confidential, privileged, and classified information and to provide for the safe return of all government property that you received in connection with your position at the Executive Office of the President ("EOP"). As the Assistant to the President for National Security Affairs, you were entrusted with information protected from disclosure, including classified information that related to some of the most sensitive matters of national security. You were previously advised that unauthorized disclosure, unauthorized retention, or negligent handling of certain classified information could cause irreparable injury to the United States or be used to advantage by a foreign nation. You agreed to consult with the EOP, even after your employment, regarding whether information in your possession might be classified. You also agreed to submit for security review to the EOP any writing or other material in any form that could contain classified information *before* submitting the writing or material to anyone without proper authorization to access such information. You also agreed to secure written authorization from the EOP before disclosing or showing such classified information to any unauthorized individual. All of these obligations extend beyond your period of employment at the EOP and the period in which you have access to classified information.

    I understand that NSC security and information technology personnel visited your home today to begin the retrieval of both any classified information stored at your home and any government property provided for your use for secure communications or storage of classified material. Thank you for your cooperation in that process. Please ensure that all classified information or government property has been returned to NSC security and information technology personnel. In addition, given the nature of your former position advising the President on national security affairs, any documents that you created that have not yet been subject to classification review, including notes of meetings or telephone calls, must be submitted for a classification review before you retain them in an unsecured manner.

    You also must return all U.S. government property in your possession, custody, or control, including handwritten notes, electronic notes, faxes, documents, memoranda, calendar entries, address book entries, voicemail, and other electronic data, regardless of the form in

which you have possession, custody, or control. Please contact my office to schedule a mutually convenient time for the return or affirm in writing that you have no U.S. government property in your possession, custody, or control.

Your obligations under the terms of your nondisclosure agreements concerning classified information and other obligations of confidentiality remain binding, and we will take all appropriate steps, which we are sure you will cooperate with, to ensure compliance. Any confidential, privileged, or classified information provided to you during your employment must be kept confidential, and under no circumstances are you authorized to reveal any such information.

My office will follow up with you separately to discuss other post-government employment matters, including your ethics and financial disclosure obligations. Please let me know if you would like to discuss any of the points above, and thank you for your continued cooperation in these matters.

Sincerely,

John A. Eisenberg
*Assistant to the President, Deputy Counsel to the President and Legal Advisor to the NSC*