## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | |
| JOHN R. BOLTON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DECLARATION OF MATTHIAS MITMAN

I, Matthias Mitman, make the following Declaration pursuant to 28 U.S.C. § 1746, and state that under penalty of perjury the following is true and correct to the best of my knowledge and belief:

1. I am the Executive Secretary of the National Security Council (NSC). I was appointed Executive Secretary of the NSC on October 29, 2019. I also serve as Deputy Assistant to the President. I am a career member of the Senior Foreign Service, class of Minister-Counselor. Per 50 U.S.C. § 3021, the National Security Council shall "have a staff headed by a civilian executive secretary appointed by the President." National Security Presidential Memorandum (NSPM)-4 further clarifies that "[a]ll policy and staff activity decisions will be transmitted to the Executive Secretary for appropriate distribution and awareness." By virtue of my duties and authorities as Executive Secretary, I have access to and personal knowledge of the following information.

2. Attached as Exhibit A are true and correct copies of the security agreements Defendant signed when he assumed the role of Assistant to the President for National Security

Affairs (National Security Advisor), including a Classified Information Nondisclosure Agreement, titled Standard Form 312 ("SF 312"), and two Sensitive Compartmented Information ("SCI") Nondisclosure Agreements, each titled Form 4414 ("Form 4414"). SF 312 states, "I hereby agree that I will never divulge classified information to anyone unless: (a) I have officially verified that the recipient has been properly authorized by the United States Government to receive it; or (b) I have been given prior notice of authorization from the United States Government Department or Agency (hereinafter Department or Agency) responsible for the classification of information or last granting me a security clearance that such disclosure is permitted." SF 312 ¶ 3. Form 4414 states, "I further agree that I will not disclose the contents of such preparation with, or show it to, anyone who is not authorized to have access to SCI until I have received written authorization from the Department or Agency that last authorized my access to SCI that such disclosure is permitted." Form 4414 ¶ 4. I refer the Court to Exhibit A for a complete and accurate statement of its contents.

3. Attached as Exhibit B is a true and correct copy of a Memorandum for Ambassador John R. Bolton, National Security Advisor, from Scott Gast, Senior Counsel to the President, regarding post-employment obligations, dated September 13, 2019. The memorandum states that, "You also may not use or disclose nonpublic information in any post-employment teaching, speaking, or writing." The memorandum further states that, "Nonpublic information includes information that (1) is exempt from disclosure by statute, Executive Order or regulations; (2) is designated as confidential or classified; or (3) has not been disseminated to the general public and isnot [sic] authorized to be made available to the public upon request." I refer the Court to Exhibit B for a complete and accurate statement of its contents.

4. Attached as Exhibit C is a true and correct copy of a letter from John A. Eisenberg, Assistant to the President, Deputy Counsel to the President and Legal Advisor to the NSC, to Defendant, dated September 10, 2019. The letter states, "I write to remind you of your continuing obligations and responsibilities to protect all confidential, privileged, and classified information, and to provide for the safe return of all government property that you received in connection with your position at the Executive Office of the President ('EOP')." I refer the Court to Exhibit C for a complete and accurate statement of its contents.

5. Attached as Exhibit D is a true and correct copy of a letter from Charles J. Cooper to Ellen Knight, Senior Director for Records, Access, and Information Security Management, dated December 30, 2019. The letter states that Mr. Cooper, on behalf of Defendant, was "submitting [Defendant's] manuscript out of an abundance of caution" for prepublication security review, "as contemplated by the nondisclosure agreements that [Defendant] entered, commencing with those of April 5, 2018 immediately prior to his entry on duty." I refer the Court to Exhibit D for a complete and accurate statement of its contents.

6. Attached as Exhibit E is a true and correct copy of a letter from Ms. Knight to Mr. Cooper, dated January 23, 2020. The letter states, "As we discussed, the National Security Council (NSC) Access Management directorate has been provided the manuscript submitted by your client, [Defendant], for prepublication review. Based on our preliminary review, the manuscript appears to contain significant amounts of classified information." I refer the Court to Exhibit E for a complete and accurate statement of its contents.

7. Attached as Exhibit F is a true and correct copy of a letter from Ms. Knight to Mr. Cooper, dated February 7, 2020. The letter states that, "Given the volume of classified information currently contained in the draft, [Defendant] should modify and revise the

manuscript to remove all classified information and resubmit it to us for review. To further the iterative review process, it would be most efficient for me to meet with your client to review each instance of classified information in detail and, as necessary, assist in the prioritization of any particular portions. I am available any day next week." I refer the Court to Exhibit F for a complete and accurate statement of its contents.

8. Attached as Exhibit G is a true and correct copy of a letter from Ms. Knight to Mr. Cooper, dated February 24, 2020. The letter describes a meeting between Defendant and Ms. Knight on February 21, 2020. The letter states that, "During our meeting, which lasted four hours and was most productive, I discussed with your client our use of the classification standards and categories found in Executive Order 13526, 'Classified National Security Information,' to identify classified information found in the draft manuscript, and he appeared to acknowledge the need to revise the manuscript to address our concerns regarding classified information." The letter further states that, "It became apparent during our meeting that it would be most helpful to the process if we hold one or more follow-on meetings." I refer the Court to Exhibit G for a complete and accurate statement of its contents.

9. Attached as Exhibit H is a true and correct copy of an e-mail from Ms. Knight to Defendant, dated March 27, 2020. The letter states, "I appreciate your efforts to address the classification concerns in the latest draft version you submitted. Many of the changes are satisfactory. However, additional edits are required to ensure the protection of national security information." I refer the Court to Exhibit H for a complete and accurate statement of its contents.

10. Attached as Exhibit I is a true and correct copy of an e-mail from Ms. Knight to Defendant, dated May 7, 2020. The letter states, "I do not have any new information to provide

at this time. The process remains ongoing. I will reach out as soon as there is an update to provide." I refer the Court to Exhibit I for a complete and accurate statement of its contents.

11. Attached as Exhibit J is a true and correct copy of a letter from Mr. Eisenberg to Mr. Cooper, dated June 8, 2020. The letter states, "As we explained on January 23, February 7, February 24, and March 27, 2020, until the prepublication review process is complete and [Defendant] receives the necessary authorization at the conclusion of that process, he may not publish or disseminate the manuscript." I refer the Court to Exhibit J for a complete and accurate statement of its contents.

12. Attached as Exhibit K is a true and correct copy of a letter from Mr. Cooper to Mr. Eisenberg, dated June 10, 2020. The letter states, "In reliance on Ms. Knight's assurances that his manuscript contained no classified information, that she had no further changes to his manuscript, and that she would attempt to deliver promptly the pro-forma closing letter, and after hearing *nothing* for weeks in response to his urgent requests for the closing letter, Ambassador Bolton and his publisher, Simon & Schuster, moved forward with publication of his book. The book has now been printed, bound, and shipped to distributors across the country. Ambassador Bolton has no authority to stop the book from being made available to the public on June 23." I refer the Court to Exhibit K for a complete and accurate statement of its contents.

13. Attached as Exhibit L is a true and correct copy of a letter from Mr. Eisenberg to Mr. Cooper, dated June 11, 2020. The letter states that, "[Defendant] is well aware that the manuscript still contains classified information, because, among other things, it includes information that he himself classified and designated for declassification only after the lapse of twenty-five years." It further states, "[Defendant] remains under an obligation to stop the dissemination of the manuscript, which still contains classified information that belongs to the

United States Government, the unauthorized disclosure of which could reasonably be expected to cause serious damage to national security." I refer the Court to Exhibit L for a complete and accurate statement of its contents.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this 16th day of June, 2020 in the City of Washington, District of Columbia.

*[signature]*

MATTHIAS MITMAN