UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN R. BOLTON,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 20-cv-1580<br>)<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF JOHN L. RATCLIFFE

I, John L. Ratcliffe, make the following Declaration pursuant to 28 U.S.C. § 1746, and state that under penalty of perjury the following is true and correct to the best of my knowledge and belief:

1. Currently, I serve as the Director of National Intelligence at the Office of the Director of National Intelligence. In my current position, I oversee all 17 elements of the Intelligence Community, including the Central Intelligence Agency, the National Security Agency, the National Geospacial-Intelligence Agency, the Defense Intelligence Agency, the National Reconnaissance Office, and the intelligence elements of the military services, the Federal Bureau of Investigation, the Department of Treasury, the Department of Energy, the Department of State, the Department of Homeland Security, and the Drug Enforcement Administration.

2. The responsibilities and authorities of the DNI are set forth in the National Security Act of 1947, as amended. *See* 50 U.S.C. § 3024. The National Security Act provides, among other things, that "[t]he Director of National Intelligence shall protect intelligence sources and methods from unauthorized disclosure." 50 U.S.C. § 3024(i)(1). Consistent with this

responsibility, the DNI establishes and implements guidelines for the IC for classification of information under applicable law, Executive orders, or other Presidential directives, and access to and dissemination of intelligence. *Id.* § 3024(i)(2)(A), (B). By virtue of my position as DNI, and unless otherwise directed by the President, I have access to all intelligence related to the national security that is collected by any department, agency, or other entities of the United States. *See* 50 U.S.C. § 3024(b); section 1.3(a) of Executive Order 12333, as amended.

3. Prior to assuming my current position, I represented the people of the Fourth District of Texas in the U.S. House of Representatives for three terms. During that time, I served on the House Permanent Select Committee on Intelligence, the House Judiciary Committee, the House Committee on Homeland Security, and the House Committee on Ethics.

4. Prior to serving in the U.S. House of Representatives, from 2007 to 2008, I served as the United States Attorney in the U.S. Attorney's Office for the Eastern District of Texas. From 2005 to 2007, I served as the First Assistant United States Attorney, as well as Chief of the Anti-Terrorism and National Security Section, in the U.S. Attorney's Office for the Eastern District of Texas. In these positions, I managed the investigations and prosecutions of numerous national security and anti-terrorism cases and represented the United States in connection with these cases. I also managed the Department of Justice Joint Terrorism Task Force for the Eastern District of Texas.

5. I have reviewed what I understand to be the draft manuscript submitted by John Bolton (Author) as modified by the Author during the pre-publication review process by the National Security Council (NSC).

6. I have reviewed selected excerpts from the current version of the draft manuscript, identified by the Senior Director for Intelligence Programs at the NSC (Senior Director). In addition, I have reviewed the classified declaration submitted by the Senior

Director. Based on my professional training and experience, as well as the information available to me as Director of National Intelligence, I concur that these passages contain classified national security information.

7. Based on my professional training and experience, as well as the information available to me as Director of National Intelligence, it is my opinion that these passages of the manuscript, if made public, will damage national security. The type of classified information in these passages is the type of information that foreign adversaries of the United States seek to obtain, at great cost, through covert intelligence collection. Unauthorized disclosure of these types of classified information could reveal, in some instances, the limits and, in some instances, the capabilities of U.S. intelligence collection and would cause irreparable damage to national security.

Executed this 17th day of June 2020.

_____
JOHN L. RATCLIFFE