# Exhibit I

**Knight, Ellen J. EOP/NSC**

**From:** Knight, Ellen J. EOP/NSC
**Sent:** Thursday, May 7, 2020 9:56 AM
**To:** John R. Bolton
**Subject:** Re: [EXTERNAL] Checking in

Hi Amb. Bolton,

I do not have any new information to provide at this time. The process remains ongoing. I will reach out as soon as there is an update to provide.

Thank you,
Ellen

Ellen J. Knight
Senior Director
Records Access & Information Security Management
National Security Council
Executive Office of the President
202-456-████
████@nsc.eop.gov

> On May 6, 2020, at 4:32 PM, John R. Bolton <████> wrote:
>
> Ellen: Hope springs eternal - any news on the letter? Thanks, John Bolton

1