UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | |
| v.    ) | Civil Action No. 20-1580 (RCL) |
| ) | |
| JOHN R. BOLTON,    ) | |
| ) | |
| Defendant.    ) | |

## NOTICE OF LODGING CLASSIFIED DECLARATIONS

Plaintiff, the United States of America, by and through its attorneys, respectfully provides notice that on this date counsel for the United States lodged for secure storage with the U.S. Department of Justice Litigation Security Group the classified declarations of Michael Ellis and William R. Evanina. The classified declarations, which can be made available to the Court by a Classified Information Security Officer for its *ex parte* review *in camera,* were submitted in support of the United States' Emergency Application for Temporary Restraining Order and Motion for Preliminary Injunction filed this same date.

\* \* \*

Dated:  June 17, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

MICHAEL SHERWIN
Acting United States Attorney

ETHAN P. DAVIS
Principal Deputy Assistant Attorney General

DAVID M. MORRELL
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director
Federal Programs Branch

*/s/ Daniel F. Van Horn*
Daniel F. Van Horn (D.C. Bar. No. 924092)
Assistant United States Attorney
555 Fourth Street N.W., Room E4226,
Washington, D.C. 20530
Tel: 202-252-2506
Email: daniel.vanhorn@usdoj.gov

*/s/ Michael J. Gerardi*
Michael J. Gerardi (D.C. Bar No. 1017949)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 11514
Washington, D.C. 20005
Tel: (202) 616-0680
Fax: (202) 616-8460
E-mail: michael.j.gerardi@usdoj.gov

*Counsel for Plaintiff*