# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br>v.<br><br>JOHN R. BOLTON,<br><br>               Defendant. | Civil Action No. 20-1580-RCL |

## NOTICE OF APPEARANCE

Pursuant to LCvR 83.6(a), I, Michael W. Kirk, am admitted to practice law in this Court and hereby enter my appearance on behalf of Defendant John R. Bolton.

Dated:  June 18, 2020

Respectfully submitted,

/s/ Michael W. Kirk
Michael W. Kirk
(DC Bar. No. 424648)
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (facsimile)
mkirk@cooperkirk.com

*Attorney for Defendant*