IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN R. BOLTON, ) <br> ) <br> Defendant, ) <br> ) | Civil Action No. 1:20-cv-1580-RCL |

### NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of David M. Morrell, Deputy Assistant Attorney General, on behalf of the United States. Mr. Morrell will argue the Government's Application for Temporary Restraining Order and Motion for Preliminary Injunction, noticed for a hearing tomorrow, June 19, 2020.

Dated: June 18, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

MICHAEL SHERWIN
Acting United States Attorney

ETHAN P. DAVIS
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director
Federal Programs Branch

*/s/ David M. Morrell*
David M. Morrell (D.C. Bar No. 1013411)
Deputy Assistant Attorney General
United States Department of Justice
Civil Division

950 Pennsylvania Ave., NW
Washington, D.C. 20530
Tel: (202) 353-2793
Fax: (202) 305-8470
E-mail: david.m.morrell@usdoj.gov

*Counsel for Plaintiff*