IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>v.<br><br>JOHN R. BOLTON,<br><br>                Defendant. | Civil Action No. 20-1580-RCL |

**MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant John R. Bolton moves to dismiss the complaint for failure to state a claim. Defendant's combined memorandum in support of this motion and in opposition to the Government's motion for a temporary restraining order or preliminary injunction is filed concurrently herewith.

June 18, 2020

Respectfully submitted,

/s/ Charles J. Cooper
Charles J. Cooper, Bar No. 248070
Michael W. Kirk, Bar No. 424648

COOPER & KIRK, PLLC
1523 New Hampshire Avenue, NW
Washington, DC  20036
Telephone: (202) 220-9600
Facsimile: (202) 220-9601
Email: ccooper@cooperkirk.com

*Counsel for Defendant John R. Bolton*