IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br>v.<br><br>JOHN R. BOLTON,<br><br>               Defendant. | Civil Action No. 20-1580-RCL |

**[PROPOSED] ORDER REGARDING DEFENDANT'S MOTION TO DISMISS
FOR FAILURE TO STATE A CLAIM**

Before this Court is Defendant's motion to dismiss for failure to state a claim. Upon consideration of the motion, the briefing in support and opposition to the motion, and all other parts of the record, Defendant's motion is **GRANTED.** A separate document entering final judgment in favor of Defendant will issue forthwith. *See* FED. R. CIV. P. 58(a).

Dated:_____                    _____
                                          HONORABLE ROYCE C. LAMBERTH
                                          United States District Court Judge