# EXHIBIT E

| | |
|---|---|
| **From:** | Chuck Cooper |
| **To:** | J. Knight Ellen (ellen.j.knight@nsc.eop.gov) |
| **Bcc:** | Chuck Cooper; Michael W. Kirk |
| **Subject:** | Prepublication review of Ambassador John Bolton"s book manuscript |
| **Date:** | Monday, December 30, 2019 11:33:00 AM |

Dear Ms. Knight,

I represent Ambassador John Bolton, and I understand from Mr. Michael Ellis that you are in charge of the office responsible for prepublication security review of materials submitted by former National Security Counsel officials. I would like to discuss with you the process for securely submitting for prepublication review a hard copy of the manuscript of a book that Mr. Bolton is preparing for publication. Please call me at your earliest convenience at the number below, or give me a number and time when it would be convenient for me to call you.

Many thanks,
Chuck Cooper

Charles J. Cooper
Cooper & Kirk, PLLC
1523 New Hampshire Ave., NW
Washington D.C., 20036
202-220-9660