# EXHIBIT G

| | |
|---|---|
| **From:** | Knight, Ellen J. EOP/NSC |
| **To:** | Chuck Cooper |
| **Subject:** | RE: Prepublication review of Ambassador John Bolton"s book manuscript |
| **Date:** | Monday, December 30, 2019 2:50:59 PM |

Dear Mr. Cooper,

I have the manuscript in hand and we will begin the review process.  I will be in-touch.

Thank you,
Ellen

Ellen J. Knight ¦Senior Director
Records Access and Information Security Management
National Security Council
Executive Office of the President
202.456.9206 (desk)
202.456.9201 (main office)
Ellen.j.knight@nsc.eop.gov

**From:** Chuck Cooper <ccooper@cooperkirk.com>
**Sent:** Monday, December 30, 2019 11:34 AM
**To:** Knight, Ellen J. EOP/NSC <Ellen.J.Knight@nsc.eop.gov>
**Subject:** [EXTERNAL] Prepublication review of Ambassador John Bolton's book manuscript

Dear Ms. Knight,
I represent Ambassador John Bolton, and I understand from Mr. Michael Ellis that you are in charge of the office responsible for prepublication security review of materials submitted by former National Security Counsel officials. I would like to discuss with you the process for securely submitting for prepublication review a hard copy of the manuscript of a book that Mr. Bolton is preparing for publication. Please call me at your earliest convenience at the number below, or give me a number and time when it would be convenient for me to call you.
Many thanks,
Chuck Cooper

Charles J. Cooper
Cooper & Kirk, PLLC
1523 New Hampshire Ave., NW
Washington D.C., 20036
202-220-9660

NOTICE: This e-mail is from the law firm of Cooper & Kirk, PLLC ("C&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of C&K, do not

construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to C&K in reply that you expect to be held in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of C&K, you should maintain its contents in confidence in order to preserve any attorney-client or work product privilege that may be available to protect confidentiality.