# EXHIBIT J

NATIONAL SECURITY COUNCIL
WASHINGTON, D.C. 20504

February 24, 2020

Charles J. Cooper
Cooper & Kirk
1523 New Hampshire Avenue NW
Washington, DC 20036

SENT VIA ELECTRONIC MAIL TO CCOOPER@COOPERKIRK.COM

Dear Mr. Cooper:

Last Friday, I was pleased to meet with your client, Ambassador John Bolton, to discuss our preliminary review results concerning the draft manuscript submitted for prepublication review on December 30, 2019. As I noted in my letters dated January 23, 2020, and February 7, 2020, our preliminary review determined that the draft contains numerous instances of classified information. The meeting furthered the iterative review process by providing an opportunity to inform your client of many of the specific instances of classified information identified in the draft manuscript and offer guidance to prevent unauthorized disclosure of this information for the protection of national security.

During our meeting, which lasted four hours and was most productive, I discussed with your client our use of the classification standards and categories found in Executive Order 13526, "Classified National Security Information," to identify classified information found in the draft manuscript, and he appeared to acknowledge the need to revise the manuscript to address our concerns regarding classified information. I provided guidance as to when and how he should modify language that is classified in its current form so that it no longer meets the standards to be classified. In addition, we discussed with your client guidance as to when he should delete instances of classified information found in the draft manuscript, as even with revisions the information would remain classified and thus would not be publicly releasable. Finally, I advised him on the use of citations of authorized releases and publicly available information related to national security.

I reviewed the preliminary results of three chapters in the draft manuscript in detail with your client during our meeting. Additionally, I discussed the details of a sample of review findings throughout the draft manuscript to convey instances of identified classified information. We discussed how your client can potentially avoid including classified information when discussing matters related to national security. These examples should aid your client as he revises the draft manuscript.

It became apparent during our meeting that it would be most helpful to the process if we hold one or more follow-on meetings. We agreed to meet again at my office to discuss the remaining portions of the draft manuscript. In order to ensure the safeguarding of identified classified

information, we discussed your proposal to locate a secure facility for your client to complete the edits of the draft manuscript. Once we complete our follow-on meetings, your client may then implement the required changes in a secure location. We can discuss the appropriate method for resubmitting the manuscript as the process moves forward.

The notes your client took at our meeting, as well as the draft manuscript he annotated, remain secured at my office. I have reviewed your client's notes to identify and redact any classified information and am enclosing a copy with this letter.

Please note the prepublication review remains in process, and your client may not publish or further disseminate the manuscript or any of its contents until authorized. Please feel free to contact me if you have any questions about next steps in the prepublication review process.

Sincerely,

Ellen J. Knight
Senior Director for Records Access,
   and Information Security Management

Enclosure: a/s

# UNCLASSIFIED

1. can't lose of the bowl [w/ PRA] →
2. notes issue → clyus or unclass
3. SCIF — they will work inside WH/NSC; leadership very aware of this;
4. book — not outside of the norm
   - processed like other manuscripts
   - newness of the information; be more careful; so any info and foreign relations → POTUS can execute his functions
   - → solely a declassification review;
   - → no one else knows what's in the book for Anne, etc.
   → any where NSC policy making — inner workings; who briefed who, opinion — all fine; instances where B's my opinion must be made clear; must show citation to open some materials
   → facts of HOS calls / mtgs — OK; readouts; can discuss those; problem — the quoting; paraphrase & speak at a higher level; need cites;
   → outcomes of negotiations → & options → leadups — have to be masked; this reduces risk of referring to other agencies or govts.
   - Ukraine — at a GO that's been declassified; so not much classified
   - see you took steps to mask; but they want more;
   - only some changes as from any other writer;
   - reduce flow / lots of time; go to other agencies will slow things down;
     no SCI material.
   - multiple strikes; returns not taken; my BD still be ...

UNCLASSIFIED

(22)

→ citation issues;
    instead of saying do X → the allies questioned whether
      we could

      "it's my assessment" –

  formal #)
→ can do chapter-by-chapter.

XIV – p2-toward the quotes
    " red line
      ↳ at a press conference;
      learned late that

p3 Heeler quotes – It was my assessment that
      Germany strongly opposes;
    'B's the quotes
    "We discussed;
p5. Potomac – he promised me he would get that O
      me –

p5 – could paraphrase who quotes
p6 → generally quotes a line for POTUS;
    "Would it be bad …
p9 – Putin quote – must change;
p12 – need a citation for red line
    traded – " I judged
p16-red line – citation; or say my assessment
    2d bullet –
    will take a look/quotes;
    if you feel you need illustrating,

underlies / need a / citation

UNCLASSIFIED

UNCLASSIFIED

③

p 17 → if one wants to know how close...
is this my opinion?

↳ p 17-18 → forget the 214 - easily google-able
→ maybe delete this

**(1.4)(b), (1.4)(d)**

Chapter I - Syria - p 1 ✗ ¶1 - get citations
could say D's the tweet.

Define - April 13, 2018 - office of the press secretary

p 2 - France ⊃ with W.H. press office →
dated April 8;

p 3 - Russia - citation
Seskill -
mil planners telly
save re Chloine.

**(1.4)(c)**        delete

p 4 - Fr/UK Ambos → many tweets
publicly - cite
Moz - too sensitive;

**(1.4)(b), (1.4)(d)**    ↳              approval via - the press?
⊃ was attach → over-scheduled publicly;

p 5 - Moz sensitivity;
Sent an opinion piece - the press re the
decision;

p 6 - Moscow call;
my opinion;
medium - borrowed a lukewarm approval

UNCLASSIFIED

UNCLASSIFIED

④

- p 7 - proposed;
  2d ¶ - lt0 vos - Tb pers;

(1.4)(a)  p 8 - ▮▮▮ related targets
  red line - press statuta;

  p 9 - 2x missiles;
    DoD - press briefly Mattis & Dunford Wed
    Fndor night;

(1.4)(c)  - Syria ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
  10 - tabulated
    get press readout of the Maj. ∇ rup call;

(1.4)(b), (1.4)(d)  p 11 - Macron - said Pot's ▮▮▮
  p 11 - 40 SAM's airstrn
(1.4)(b), (1.4)(d)  p 12 - Macron called ▮▮▮ }
    is there a cite;

II. p 5 - other meddling - need cyber strategy cite
    - briefly - the 2018 election;
  p 11 - Dir - I'm OK w/it
  [ p 12 - fires freq → cite
    ∇ allies : cite; ]
    Mattis - need cites;
  p 13 - Tillerson - cite
    13 - cites the tally for 6 things;
  p 15 - 2d full ¶ - cite
    Knschle - last sentence re UNRWA funding;
  p 16 - Syria nuke: need cites;
  p 17 - cites → public knowledge

UNCLASSIFIED

UNCLASSIFIED

p19 - Nouland → wtc W/H press release
dated Oct day will expelled 60
Russian diplomats

three III → p.6 embarrassing to her causes danger to our foreign relations;
ol examples) quote and other = negotiations is a no go;
don't embarrass the other leader.

(1.4)(b), (1.4)(d)

p.6 - Iran attack;
wtc news report of the attack;
p.9 - Shia militia

IV — p.2 - Mar-a-Logo 4 -
my impression of what she wanted, potential loss here and
we're in a different climate now in foreign relations;
what we're saying you could say it
p.5 - mole staff - decoupled;

UNCLASSIFIED