# EXHIBIT O

UNCLASSIFIED

(V) (C)

1. can't leave w/ the book [w/ PRA] →
2. notes issue → classified or unclass
3. SCIF - they will work inside WH/NSC; leadership very aware of this;
4. Book - not outside of the norm
   - processed like other manuscripts
   - newness of the information; be more careful; no any info re foreign relations so POTUS can execute his functions
   → solely a classification review;
   → no one else knows what's in the book for Anne & Ellen
→ any info re NSC policy making - inner workings who liked who; opinions - all fine; instances where it's my opinion must be made clear; must show citations to open source materials
→ parts of HOS calls/mtgs - OK; readouts; can discuss those; problems in the quoting; paraphrase & speak at a higher level; need cites;
→ outcomes of negotiations → & options & leadups - have to be vetted; this reduces risk of referring to other agencies or govts.
- Ukraine - a lot that's been declassified; so not much classified
- see you took steps to mark, but they went more;
- asking some changes as from any other author;
- reduce flow / loss of time; going to other agencies will slow things down;
- no SCI material
- military strikes? actions not taken; may still be ...

UNCLASSIFIED

(2)

UNCLASSIFIED

→ citation issue;
instead of saying do X → the allies questioned whether we could
→ 'it's my assessment' -
Formality
→ can do chapter-by-chapter.

XIV - p2 - take out the quotes
" red line
→ at press conference;
learned later that
p3 Hecker quotes - It was my assessment that Germany strongly opposes;
'it's the quotes'
We discussed;
quotes p3 Petraeus - he promised me he would get ... me -
p5 - could paraphrase into quotes
p6 → generally quotes are fine for POTUS;
"Would it be bad...
p9 - Putin quote - must change;
p12 - need a citation for red line
bullet - "I judged
p16 - red line - citation; or say my assessment
2d bullet -
will take a look at quotes;
if you feel quotation is satisfactory.

(margin: indication - need a citation)

(3)

UNCLASSIFIED

p17 ⇒ [illegible] he knew how long...
is this my opinion?
↳ p17-18 ⇒ forget the 24 - [illegible] google-[illegible]

(1.4)(b), (1.4)(d) [redacted] ⇒ maybe delete that

⟵

Chapter II - Syria - p1 ¶1 - get citations;
could say it's the [illegible];
[illegible] April 13, 2018 - office of the press secretary
p2. France ⇒ article W.H. press office ⇒
dated April 8;
p3 - Russia - citation
Sedwill -
and planners [illegible]
[illegible] no [illegible].
(1.4)(c) delete [redacted]
p4. [illegible] UK Ambos ⇒ many [illegible]
publicly - cite
Moz - too sensitive,
(1.4)(b), (1.4)(d) ↳ [redacted] approval via the press?
[illegible] attack ⇒ over acknowledged publicity;
p5 - Moz sensitivity;
Garden opinion piece - the [illegible] UK re the decision;
p6 - Macron call;
my opinion;
'redline' - [illegible] a [illegible] approval

UNCLASSIFIED

(4)

UNCLASSIFIED

1st ¶
p7 - proposed;
2d ¶ - what was the press;
(1.4)(a) p8 - [redacted] related targets
red line - press statement;
p8 - 2x missiles;
DoD - press briefing Mattis & Dunford that Friday night;
(1.4)(c) - Syria [redacted]
10 - [illegible] [redacted]
get press readout of the May. Trump call;
(1.4)(b), (1.4)(d) p11 - Macron - said Putin [redacted]
p11 - 40 SAM's [illegible]
(1.4)(b), (1.4)(d) p12 - Macron called [redacted]
is there a cite;

II. p5 - other meddling - need cyber strategy cite
- briefing on the 2018 election;
p11 - Bolton - I'm OK w/ it
[p12 - [illegible] cite
Tillerson - cite]
Mattis - need cite;
p13 - Tillerson - cite;
13 - cite the talking point thing;
p15 - 2d full ¶ - [illegible]
Krauthammer - last sentence re UNRWA funding;
p16 - Syria strike: need cite;
p17 - cites > public knowledge

UNCLASSIFIED

p19 - Nonetheless cites WH press release dated that day we expelled 60 Russian diplomats

there [III] of examples

-> p.4 embarrassing to her causes damage to our foreign relations; quoting a cdl other - negotiations is a no go; don't embarrass the other leader.

(1.4)(b), (1.4)(d)

p6 - Iran attack; cites news report of the attack;

p9 - Shia militia

[IV] p2 - Mar-a-Lago ¶ -

my impression of what he wanted rather than he said; we're in a different climate now - foreign relations; not we're saying you can't say it

p5 - more stuff - decouples;

UNCLASSIFIED

UNCLASSIFIED

III

p1 ¶2 TP - delete quotes
¶3 Abe - delete quotes;
cite to policy document;
p2 cargoner - no ref to decision making
(1.4)(d)
p4 China sanctions; citation;
"in my view"
p5 ¶1 4 pillars - citation -
Mavo - quote re comprehensive
press conference
¶2 - Trump quote -
citation for - pretty good idea
last ¶ - Marco briefing;
my impression I read between the lines
E [illegible]
p6 ¶1 I knew however that Trump felt Germany
was Russia's captive
Merkel free [illegible]
¶2 Iran - need cites
p7 ¶2 - May 5 2018 ... of Pres D - J. T - 's
Call of P - M - I - May of
the U - K -
¶3 - Boris - citation;
¶4 - DT w/ Xi quotes
carryover to p8 w/ Macron
uncomfortable
p8 follow up on

UNCLASSIFIED

UNCLASSIFIED

(for several months)

p8 ¶42 - [illegible]

Press Briefing by N-S-A-J-B-
[illegible]

after [illegible] 6.5 May 8, 2018

p9 92 - [illegible]

UNCLASSIFIED

UNCLASSIFIED

IV

p1 ¶2 - Chung suggested KSU -
what is citation;
my assessment;
¶3 - York - delete quote
action for action - 6-Party Talks
citation

p2 anyone → timelines;
" was it ever said publicly
at this point in time, Japan was pressing for Abe's position - does it bother them now:
in this context

¶2 - Man-a-Logs - Does Abe deal with that
discussed the log-study concerns with
Abe repeated the log-study US-J position
to eliminate . . . . . .

p3 anyone - SK believed - my opinion
¶1 - I wanted to explain my view that
SK was pursuing its own agenda, and that
we needed to protect our own interest
no quotes or c.d.
Moon ⇒ delete OK
in my opinion
P & B delete quotes
¶2 controversy over schedule
we wanted shorter, State wanted more
T asks M for specifics
They strategized together → Moon agreed to send us a list

UNCLASSIFIED

next sentence - it's my opinion why it was clear
diplomacy 101 -
ANWD - no complicated forces leadership,
¶ 2 - follow ups further strategies about
Singapore; a "likely" ★
To inoculate ~ my opinion;
Abe told him he was tougher than Obama;
p4 ¶ 2 - CVID - cite
"in the pre-Singapore context,
(1.4)(b), (1.4)(d)
it is what it was - lob-over mtg; don't say [redacted] agreed
Moon pushed him;
public Moon was optimistic, we all wanted CVID;
KJU seemed amenable &
(1.4)(b), (1.4)(d) [redacted]
agree
→ euphoria - my characterization, my assessment
p5 ¶ 1 - recount - how else to get the information
out - sensed this differently; that's the problem;
As we continued & talk, I had concerns about PRC
take China out completely
In discussions w/ allies - take moves out
¶ 2 - nuke experts - such as the IAEA
By precisely ... information is OK
We knew from prior experience as in Iraq after
the first Gulf War - when
p6 2d ¶ - It was clear to everyone / to our side of the table
dep Chief; get it attention;

p7 ↳ Typo

(1.4)(b), (1.4)(d)

¶1 - The South ... delete [redacted]

¶2 - end of war - get into

A declar KW was ended was a key topic of the discussion;

2nd sentence

originally thought it was NK's idea is OK, but it really rested more on [illegible];

p8 ¶1 - take out both quotes

(1.4)(b) [redacted] speculated - "Moon thought, myself included,

p9 carryover ¶ -

cancellation of Singapore -

cite for Moon's reversal; Chung gave DT no handle;

Yachi - cite re cancellation

2nd full ¶ - see if this was in the public domain;

see what SK's said about the mtg

p10 1st ¶ - Abe - Memorial Day - paraphrase

long-standing positions

p10 3rd ¶ - explain more - the markets;

2nd line from bottom re DPRK - Moon

↳ in my opinion I thought

p12 1st ¶ → "so they could .... themselves feared"

strong US presence period, then rewrite to read

¶2 [illegible] CVID, [illegible] talks that

ending Korean War article after CVID, which

he seemed vulnerable to [illegible] advice

[margin note: that's only to agreed to; — this is [illegible] [illegible] [illegible] been]

UNCLASSIFIED

¶2 - Chuy quote - take out quotes

p13 - where do Australia + India come from?

Mattis - it was his assessment + belief they are key countries in the region - our position was more broadly supported.

¶3 - Moon in Singapore - delete or cite; "I knew of it would be; could it not be seen [illegible] [illegible]"

p14 - ¶1 - Abe quote; paraphrase

Trump quotes - he disintegrated [illegible]

¶3 - Conte - cite that Italy voted R to join the G-7

¶4 - EU was the Chg; he trotted out his old tried line

p17 2d ¶ - while he attributed to Chinese pressure

Bolsonaro - paraphrase

p18 carry over ¶ - China / border - get a cite

M still had an interest - coming to S

→ OK up to semicolon;

Pad certainly knew we weren't doing anything to [illegible];

It should've been apparent to him he wasn't going to come - he wasn't in the right country;

p19-21 - 1st ¶ - while back-and-forth through the [illegible] -

¶3 - Trump Moon - quotes ⇒ paraphrase

Abe-Trump - [illegible]

p.22 (1.4)(b), (1.4)(d) ¶3 - Yoshi - concerned - my assessment

p23 ¶1 - was Xi's comment publicly known - take out the story

(we said it to a lot of countries)

UNCLASSIFIED

(Pentagon analysts)

[illegible] - 2 sentences -

[illegible]

¶4 - One ... for obvious reasons;
reworks → we prioritize [illegible];
Trump wanted ... election - OK
focus on our priorities;

p24 - 1st ¶ - get [illegible] on higher level
"until we had a ... hence ...

(1.4)(b), (1.4)(c), (1.4)(d)

"compared to [redacted]"

2nd ¶ - Chung "...." delete [illegible]
regrettable - [illegible] - need [illegible]

p25 - 1st ¶ - "This was ... in leverage"
delete - source
China - cite? public commentary
KORUS - postponed;

Later postponed for other reasons and later signed on [date]

2nd ¶ - take quotes out,
3rd ¶ - 8/2/18 - [illegible] briefly

p26 - anyone ¶ - I look forward to seeing you soon - cite
¶ 2 - "to trade ... [illegible]"
steps the North [illegible] take on the nuclear program

(1.4)(b), (1.4)(d)

- KYC [redacted] - wasn't ever made public;

(1.4)(b), (1.4)(d)

existence of [redacted];

p27 - my [illegible] I made it up; = an attempt to get his attention; [illegible] [illegible] up;

UNCLASSIFIED

UNCLASSIFIED

p.28-29 (M-T - take quotes out; higher level)

[illegible] quotes out; higher level;

3rd ¶ - settle KJU letter - 9/10 - get ut;

p25 - ¶2 - get some cites; [illegible] is my assessment - delete Yael: Chg;

¶3 Mattis opinion -

all signs pointed to the fact that our readiness was declining

Mattis continued to be concerned

UNCLASSIFIED

UNCLASSIFIED

(1.4)(d)

p2 ¶4 - Trump [redacted] Helsinki - T had reservations
p3-4 Put - conversation
Dmitri reaction - cite
p4 ¶1 politically toxic - delete quote
p5 Merkel - quotes - take out quotes;
p6 ¶1 - Stoltenberg conversation - take out quotes / paraphrase
p7 ¶1 - like Tirana - my opinion - it's OK
¶3 - "may be easier" - get cite
p8 ¶1 - get meeting transcript → July 11
¶2-3 Stoltenberg mtg;
→ I thought he was enlivened by / for POTUS;
p9 ¶1 - Merkel / Macron - cite or cont'd by Russia
use paraphrase;
p10 - ¶¶3-4 Trump - look for cites or paraphrase;
→ p11
p11 - ¶3 - OK "while they agreed"
Rutte - is there a citation?
p13 - conjoined ¶ - T quotes
p13 - ¶¶ 3-4 - ¶3 paraphrase May; 2nd reference is OK;
¶4 -
release → March 26, 2018
"Statement from the Press Secretary on the Expulsion of Russian Intelligence Officers"
makes cold an explanation
p14 - ¶1 - "there's never..." OK
¶1 - concluding paragraph - get cite
p14 ¶3 - Netanyahu calls; no quotes; high level;
P.16 ¶1 paraphrase - where does 280,000 come from?
[illegible]

UNCLASSIFIED

p16 ¶3 - paraphrase Putin on trade

p17 ¶2 - Putin paraphrase;

p18 ¶¶1-2 - need cite;

UNCLASSIFIED

UNCLASSIFIED

p2 - carryover ¶ - Petraeus - "inflating" "complaints"
¶2 → a mention that → shows it is my opinion
New START - cite the treaty
p3 - last ¶ re Stoltenberg - paraphrase
p4 - ¶4 - OK re wording
cite for Dani Williams
p6 - 2nd ¶ - Trump transcript
3rd ¶ - Shoigu - paraphrase;

(1.4)(a), (1.4)(b), (1.4)(d)

p7 ¶1 - P to quote - ② we don't have [redacted] plans; ③ need
p.7 ¶1 cite for P threatening the continue
↳ cited

¶2 - cite on R tactical nukes;
¶3 - Iran / P comments -
p8 - carryover ¶ - take quotes out
¶2 - accepting nukes - explain;
my assessment; last few sentences ⇐
¶3 - Hecker - delay; delete his quotes
p9 - carryover - P paraphrase
~~¶2~~ paraphrase 2

(1.4)(c)

p10 - ¶2 - [redacted] - get a cite for it;
because we no longer need to overfly their territory;

(1.4)(c)

p11 ¶2 [redacted] - table this one;
4 countries - ~~¶~~ cite to the strategy
p12 ¶3 - DoD authority
p13 - ¶2 - cite for E.O.
p14 - ~~¶~~3 - press release (see above) - explicitly says that
~~p15 ¶2 need to delete~~

UNCLASSIFIED

UNCLASSIFIED

VII

p1  ¶3 - T > E  quotes paraphrase

p2  carryover ¶ - by allied leaders and advisers

¶ ∨ ¶

¶2 - Merkel - paraphrase -
- cite ▓▓▓▓

(1.4)(b), (1.4)(d)

p4  ¶2 - planning to engage Iddd - need date;

p5  ¶1 - cite for Israel attacks

¶2 - Iran supply Shia militia groups - cite;
- Benghazi was not a consulate

p6  - carryover - T - on SDN & people; paraphrase;

¶1 - T comments - paraphrase;

p7  ¶1 - paraphrase

¶2 - cite to press reports of the leaks;

p8  Macron - ¶3 paraphrase;

p10 - 3rd ¶ - loud tone - paraphrase Trump

p11 - carryover ¶ - paraphrase;

¶1 - "planned ▓▓▓▓ rephrase;

(1.4)(b), (1.4)(d)

p12 - 2d ¶ - look 4 lies - Dec 26, 2018   cite
"Remarks by President Trump
to Troops at Al Asad Air Base";

p13 - look 3 lies "withhold" = fact essentially well supported
⌐ that was own proposal at the time - get a cite;

p14  line 2 At T end - we're still there
Delete "or the ▓▓▓▓"

(1.4)(a), (1.4)(d)

¶3 - delete B, F "allies"
2 press quotes - get cites;

p15 - ¶1 - Pompeo slaughter to Kurds get cite; hardline OK saying
¶3 thor. map issue; purely history at this point

UNCLASSIFIED

(18)

(1.4)(b), (1.4)(d) delete [redacted] reference;

(1.4)(b), (1.4)(d) ¶1 ditto on [redacted]

p16 ¶1 ¶2 - get a citation or take out quotes around "no compromise"

(1.4)(b), (1.4)(d) ¶4 - delete [redacted]

(1.4)(a), (1.4)(b), (1.4)(d) delete [redacted] mtg - D was just his strategy

p17 ¶2 - At Tonf D and the role of arms on his book

p18 ¶1 - allies

(1.4)(b), (1.4)(d) delete [redacted]

paraphrase T & E

T asked ftl Kurds more responsible

p19 ¶1 - Sanders press statement - find cite;

¶3 - CIA - get citation; Pentagon D DoD press release

p22 canyon ¶ - get citation green on blue

¶2 - "the page ... came from" delete

(1.4)(a), (1.4)(b), (1.4)(d) second to last line - [redacted] yes - would come in the near future;

CT platform D OK

p24 ¶3 "execute order"

p25 D ¶2 - draft statement

¶4 - cite State of the Union;

UNCLASSIFIED

UNCLASSIFIED

U//

p8 Putin - take the quotes out

p12 ¶ 2 - Moran - get out

UNCLASSIFIED

UNCLASSIFIED

3/3

IX

(1) -> say somewhere how I got all this information (explain)

p1 ¶5 what he has said -> get a cite -> "Maduro has to go" — POTUS — anyway

U.S. intervene - Venezuela consider all necessary means

p2 ¶3 - Cubas / Guaido -> cite (2) Potential Cubans as they

¶4 - attack ... -> cite -> do it once,

p3 1st 2 ¶¶ -

¶2 drive production as low as possible

Guaido - fully supporters - get cite;

last sentence - get cite;

¶3 - OK for argument

p4 ¶1 -> DT -> ... the fullest range of options

last sentence - is OK explain more

p3 - elections - get cite

Padrino / Arreaza -> cite

or don't name names

p4 - Cubans - Russians - get cites

what I said at the ... SEBIN DG internal ... the ...

p6 - ¶1 - "The Opp behaved - cite

Jeremy Hunt - cite

Pompeo - elections - cite OK

¶2 - Padrino - talks to Opposition - get cite

¶3 - get the letters out; "find out if they were doing it" - "recommend"

p5 BACK

(1.4)(b), (1.4)(d)

¶1 - [redacted] looking for guarantees from the opposition; don't say (couldn't give); looking for concessions the Opposition

UNCLASSIFIED

Rubio - re Nat'l Assembly - cite;

¶2 - orders not to do mil planning - cite;
talk about option which Rubio deflected;
I didn't believe mil option wasn't feasible;
for any mil option the Pentagon would have to start
at square one;
↳ cite to

¶3 - Guaido's words - cite his public remarks the next day
¶4 - reports of colectivos - although overnight - who
killed 4 people - delete "although

(1.4)(b)

p7 ¶1 spell Elliott Engel correctly;
¶2 - Arreaza - Pompeo - add sentence; as we were wf all
Venezuelans we were meeting
last sentence - Guaido quote - get cite
¶3 - VZ mil att - get cite; "meeting" - new sentence to have him help out; SOP

p8 ¶2 - last 2 sentences - last sentence - op opinion - no cite possible
canyone ¶ delete quotes around dips;
¶3 - quotes have to be paraphrased
↳ look at readout of call
what Guaido said at the rally;

p9 ¶1 - CITGO - w/ Guido to prevent Maduro control
we shared Guaido's objective to not allow that
¶2 - speaking w/ Rs & C - get cite
¶3 - Bolsonaro position - get cite

p10 - ¶1 - break into G home - get cite
C operation " "
G speaking to people - get cite

UNCLASSIFIED

¶2 - G believed in aid - cite
Maduro returning JB - get cite
¶3 - Trump agreed;
Col Amb - opinion OK
¶4 - growing influence; my opinion
p11 ¶1 Suarez Chernow - cite - says it didn't happen
¶2 - M harassment - cite
G action - cites - all became public knowledge
p12 carryover ¶ - all 4-6 Pomoves - get cites;
¶1 - how G got across - cite
¶2 - last sentence - defections - get cites;
¶3 - Pomoves - get cite;
¶3 - # G defectors

(1.4)(d)

delete [redacted] reported
carryover Colombians feet - Opp feeling)
p13 - ¶2 - 500 - cite? speculated to be closer to
¶3 - G going back - no need for cite
¶4 - more sanctions → all there were done
p14 carryover - Visa & Mastercard; get cite
dead - there protests → cite
¶1 - IMF - OK
get cite for my statement
¶2 - Inter del - get cite;
last sentence ⇒ DOJ indict - cite
IADB - get cite
¶3 - last sentence - Opp reports
p15 1st ¶ - evade sanctions - get cite
4th ¶ - 1st sentence - from the Opp

p23

p16   canyone - Cubans -
         9 1 - lines - is OK
         9 2 → interdiction - did DT say this publicly? >

(1.4)(d)   p17   canyone 9 - last 2 sentences - OK
         9 1 → delete [REDACTED]
              (& says "D" to the Oppositive plan;
         six lines from bottom of 9 - Russia -
(1.4)(b), (1.4)(d)   delete "[REDACTED] - eliminate source;
         last 2 sentences - take the quotes out >

p18 -   9 1 · Los Rosales talked re Cubans - public? >
         cite or delete quotes;
         9 4 - Pedro Q → A - get cite
              JS tweets - stated quote at "LD

p19 -   9 1 - SS < - cite after [REDACTED] collapse
         9 2 - oppositive - [REDACTED] "my home"
         9 4 - 2 lines from bottom;

p20   "canyone 9 - Figuera - C - Futo his interview
         My version the sequence - Opp told us;
         was told one → get JB cite or what was to happen;
         whole report 9 3 - more about me
              < what P proposed → what we later caused bos plan

(1.4)(b)   p21 -   canyone 9 - delete [REDACTED]
         9 1 , 9 2 → Christopher interview
              fog of war;
         C - beef of that Opp believed; "I believed
              all evidence pointed to C "

p22   9 1 - make clear D's not our surveillance — police state
         surveillance;
         cite to FoD T wins;
         why they were so worried;
         9 4 - arrests - what P opp feared; fear corps make arrests

(24)

Canyones P
p23 - Putin - paraphrase
¶1 - Mara - ICRC - met = my office; said to me negotiations "timeline
forward - no cto needed
¶2 - would naturally be more concerned;
¶3 - Moduro as Chavez successor - ctc;
looking bad - - - B's clear to me E saw him a nice recall call.

UNCLASSIFIED

(23)

X

p1 ¶3 - intel services - get cites
p2 ¶4 - get cites - NSS;
as I said - [illegible] - [illegible] C's transformation over the years;
¶4 - FOIP - State Dept [illegible] paper 11/3/19 - State website;
p3 ¶2 2TE cites;
[illegible] ¶3 - paraphrase - X: > T

p4 ¶1 - Howitt data - cites?
p5 - carryover - 2TE - still [illegible]
smaller fire - get cite
¶1 - delete evidence - ideologic to T's thinking
¶2 - T to UNSC - cite
3 - Pence speech - cite
p6 → ¶2 - Yang - paraphrase
p7 - Dinner -
¶ - 100-yr marathon - cite Pillsbury book
¶2 - all OK → paraphrase generally;
p8 ¶2 - substantial progress - get cite
¶3 - all of this in the press; by POTUS & others
delete Liu and the room;
p9 - ¶1 - T [illegible] quote - get cite;
[illegible] for cite say - say here - although I can't quote DT directly, the words were explicit & I thought verged on criminal; it was clear to me;
[illegible] roles for pol support
rest of the conversation
[illegible] EU [illegible]
p10 -
p11 - ¶2 - Huawei - cite
(1.4)(b), (1.4)(c), (1.4)(d) [redacted] say something about [illegible] wanted
p12 redline [illegible] : the trade deal

UNCLASSIFIED

(24)

¶ 1 - Huawei - UK - cite - Also quotes
¶ 2 - cites for Japan, Australia & NZ;
¶ 3 - Ch detaining people - cites
Christian - cite

[illegible] A
p13 - ¶ 1 - paraphrase.
p14 - ¶ 2 - paraphrase;
¶ 3 - Xinhua - govt station;
p15 - ¶ 1 - have we sanctioned Ch re Uighurs?
¶ 3 - which by my estimate generated etc...
T - paraphrase;
¶ 4 - Xi - paraphrase →
p16 - company - is there a cite-
should by mostly half is OK

UNCLASSIFIED

UNCLASSIFIED

25

XI

p1 ¶2 - cite for "another letter"
paraphrase T

p2 ¶3 - T - paraphrased

p3 ¶1 "another vague commitment that NK would denuclearize"

p4 ¶1 - it was publicly well known that the DPRK [illegible] ... [illegible]

pp5-6 - paraphrase part
over at p7 & "With that the DPRK's [illegible]
spell out "it was clear to the world to use
[illegible] & [illegible] any;

p8 - ¶1 - get cites for the reports;
+ WaPo - article
¶2 - paraphrase -

p9 ¶1 Choe Son Hui - get cites;
delete Chung quotes;
We observed [illegible] continuing to press stories
¶2 - whether the US should do more..
another encounter [illegible] pressed on him, but which he later [illegible]

p11 ¶1 - look for cite to "full & fair reimbursement of our costs"
¶3 - Moon - paraphrase; [illegible]

p12 ¶¶1-3 $5 billion - are these ## are public; [illegible]

p13 - ¶1 - paraphrase
¶2 Abe paraphrase
¶3 - exact times of calls? delete
¶4 - same point
¶5 - cite for "projectiles"

p14 - ¶1 Abe - paraphrased
¶2 Moon - paraphrase + cite on food aid - who was blocking it

(26)

UNCLASSIFIED

¶3 - [illegible] for more missile launches

(1.4)(b)

p15 - ¶2 - but the contrary [redacted] - [illegible] or something
there were worries [illegible] doubts - [illegible]

(1.4)(b)

don't use [redacted]

p16 - ¶2 - Abe, B/J - say it's my opinion
¶3 - paraphrase Abe -

(1.4)(b), (1.4)(d)

"one of [redacted]" - say one of many;
¶4 - T - paraphrase;

p17 - Canzone - Trump - I and others advised DT strongly
to keep Moon out;
¶2 - we hadn't figured out how to limit Moon's
attendance or something like that
how to answer it - was just a KJU-DT bilateral;

p18 - ¶1 - ¶2 - ¶3 - paraphrase
all p19 - ½ p20:
all p20 - through the [illegible]

p21 - ¶1 letter KJU - get cite — where is this discussed before?

p22 - ¶1 - withdrawal from the K Peninsula; [illegible]
he feared similar to Iraq, Syria, etc.

p23 - ¶¶ ¶2.5 billion - get a cite
¶3 - get cite for 65 treaty and other actions by J. & SK.

p24 - canzone ¶ - get cites
→ p¶2 - my views; At the time, I was ready

J check - my assessment

I should only write the [illegible] of ...

p24 canzone ¶ - more cites for the actions
¶1 - GSOMIA - they showed close bilateral
→ what do they say - what do we say;
get K open quotes that describe it

UNCLASSIFIED

(27)

canyone ¶.

p25 SKSC - cites for all of these activities
¶1 - cites for launch of 2 more SRBM's
¶2 - get the ## out

p26 canyone ¶ - cites for removal from white list
¶1 - paraphrase - Battelga

UNCLASSIFIED



(28)  XII.

p1  ¶ 2 — Qods Force — get it

¶ 4 — the legitimate unine [illegible] today action etc.
Iran influence — get it

p2  campaign — today the orders — etc

¶ 1 — ✓ map announcement — need it

p4  ¶ 1 — [illegible] [illegible] on oil below mkt price — get it

(1.4)(b), (1.4)(d)  ¶ 2 — ██████████████████ and boost production —
be vaguer; ME allies

[80  get ██████ out of the issues]

p5  [illegible] people [illegible]

p6  ¶ 1 — paraphrase T

¶ 2 — sanly the Lincoln — get it
my statement — get it;

¶ 3 — more resistore — get it
Ronhoi — get it
letter to Putin — get it

p8  ¶ 2 — "the nornous threats"

¶ 3 — cite to ✓ map revolvers — WH press statement

p9  ¶ 2 — I want [the Arabs] to pay for it

¶ 2 — (no time very sorry) clear it

¶ 3 — cause was? get it
US personnel C CENTCOM announcement

p10  ¶ 2 — delete P on press sentences,

¶ 3 — Saudi denials — get cites

(1.4)(b), (1.4)(d)  allies were watching — ████████████████████████

We consulted of all our allies & then tell 're to
Iran disinformation campaign;
pictures → where did we get that, OK]
some statement on the cause to get the details

¶ 3 — cryptoanalysis: re Grace;

¶ 4 — knowledge still incomplete → although our [illegible] still [illegible]

(29)

UNCLASSIFIED

p.11 (1.4)(b), (1.4)(d)
canyone ¶ - cite on foreign;
" " say Arabs were [redacted]
¶ 2 - " " " " " "
¶ 3 - [illegible] father - get cite
¶ 4 - cites on attack on Saudi E-W pipeline;

p.12 canyone - press cites to T quotes;

¶ 1 - re VZ - ask re [illegible] elsewhere [illegible]
(1.4)(b), (1.4)(d) [redacted] Arabs co-pay

p.13 South Africa - is there a public cite?
[ . . . . Iraq] What I heard next was ..
¶ 3 - Zaun Pol - get cite — I remember him saying
Rouhani - get cite — a press report
¶ 4 - Iran - frustrated by [illegible] - get cite

(1.4)(b), (1.4)(d)
p.14 ¶ 1 - [redacted]?
"[illegible] of our Arab friends"
¶ 2 - my opinion that Trump was pushing
¶ 3 - paraphrase Abe;
say "I've spoken to some of your Arab friends

p.15 canyone ¶ 1st ¶ - more to paraphrase;
¶ 2 - paraphrase MbZ

p.16 (1.4)(b)
canyone; "Plus, in my mind, ..."
paraphrase Macron - "[redacted]..."
¶ 1 - SAM shot - get cite
My assessment couldn't have been more to the contrary;
¶ 1 - DoD civilians - Pompeo told me personally & [illegible] rightly to reverse
¶ 2 - Abe proposal - get cite for what Iran was doing

p.17 Canyone ¶ - Yuri - say Iran ~~threatened~~ his proposal threats [illegible]

UNCLASSIFIED

(30)

UNCLASSIFIED

p17 ¶3 paraphrase Ali ... relayed
(1.4)(b), (1.4)(d) carryone - [redacted] " use information
p18 CENTCOM website -
¶2 - cite on the file of the mine removal;
¶3 - paraphrase Khamenei
Gotta [illegible] [illegible] [illegible]

STOP

UNCLASSIFIED

Case 1:20-cv-01580-RCL   Document 9-15   Filed 06/18/20   Page 34 of 40

(36)  XII cont.   3/4/20      UNCLASSIFIED



p19   ¶2 - Abc phosphate - my perspective
      ¶3 - oil state - get cite;
(1.4)(b), (1.4)(d)          S ⊃ U ▓ - Arabs
(1.4)(b), (1.4)(d)          ▓ - Gulf Arabs;
p20   ¶3 - AEOI announced - cite
      LS - "We always... cite;
(1.4)(b), (1.4)(d)   ¶4 - ▓ - Arab
      - attack oil refineries - ⊕ is my opinion
p21   Congress given Obama - cite for his consideration
      ¶1 - likely ... groups - cite
      Iraqi announced - get to
p22 - CENTCOM too - announced publicly
      "   public briefing -
      ¶2 cont → get cite = press;
      info can be released if otherwise public;
(1.4)(a), (1.4)(b), (1.4)(d)   to alleged ▓ sites,
      "although ... largely intact;"
      ¶3 - UAV cost - cite
(1.4)(a), (1.4)(b), (1.4)(d)   ▓ ongone - ▓ using
      from the nature of the context - calculated;
      just like any criminal investigation;
      "Trump asked ... impossible."
      ↳ cites for Russia; for R advisors being there
      knowing that Russia mil relationship of Iran;
      ¶1 - last 4 lines; Operation Sentinel;
      ▓▓▓▓▓▓▓▓▓
      ¶4 - not merely symbolic - see earlier cites;
(1.4)(a), (1.4)(b), (1.4)(d)   ▓ from the bottom ▓ again
p24   ▓▓▓▓▓▓▓▓
      ¶3 - UK emb : Iran attacked - look for a cite;
p25   congone - security information - trivial common occurs

UNCLASSIFIED

32

p. 25 — ¶1 - wd delay things & ultimately we never ended
never went any further;
¶2 - one commentator - get cite;

p. 26 — canyone - CIA -> some
action when MP was Director
¶4 - which Pompeo paraphrased to me as
Cone quote;

p. 28 — canyone ¶1 - morning pattern; can we show it was a
(1.4)(a), (1.4)(b), (1.4)(d) [redacted] cite;
down to 2 sites & anything in public;
"we had already gone to targets"-
¶2 - Rand Paul - who did we hear it from
get public cite;
last 4 lines - get cite;
¶3 - the Israeli raid - cite;
Netanyahu speech to UN in 2018 or 2019

p. 29 - canyone - some point
¶2 - Z of sanctions - cite;
(1.4)(b), (1.4)(d) ¶1 - Macron making [redacted] hard.

p. 30 — -> make clear we are not speaking on his behalf
last 3 lines - Milley - quote OK - where is this
coming from? He's [illegible] again;
He's correct too, although I had no idea what
he was referring to
¶2 - Mnuchin negotiating w/o NSC or State input
or knowledge
last 3 lines; "M quote - say it explicitly?
have to make concessions, showing they wanted
to make concessions;
(1.4)(b), (1.4)(d) dismissed easing sanctions - don't say [redacted]
no hard agreement but Trump seemed to be leaning

(33)

shows why P? [illegible] pulled back

p30 p31 - ¶3 - I quote - look at paraphrase;
wavering on the decision
clear he didn't understand import of turning
sanctions on and off;

p31 - anyone ¶ - cite;

¶2 - get cites on [illegible] portion or paraphrase Bonne;
"Get ready to hit...." block;
had to take [illegible] out in pre-pub review process;
the ... notes
¶3 - Paul / Zoof - get cite;

p32 - anyone ¶ - repudiate Rand Paul - get cite;
¶1 - Macron asks; => Trump [illegible] to [illegible]
T - how to say this; Macron what I
have taken out in pre-
pub review;
Pompeo & I discussed Macron's interference;
↳ involvement
¶3 JRB? passing on the call > turned to me;

p33 - anyone ¶, last sentence; my assessment;
¶1 - drone - get cite;
information was still coming in
¶4 - last 1½ mos; T - don't quote;
¶5 - support for Russia in G-7 - get cite;
"were considering"

p34 - anyone ¶ - get cites or don't quote
social exchange
¶1 - Israeli strike - has this been acknowledged
by Israel - get cite;
¶4 - [illegible]

(31)

p35 ¶ ① Isr mil op - some pt
② 2 references to line of credit;
→ is there a cite for this
financial proposal from France;
¶2 - L.2 Macron; LOC extend financial relief
weasel ⇒ OK;

p36 carryover ¶ - last 2 lines
I believed senior Israelis
something I believed agitated Israeli officials
while made P livid.

UNCLASSIFIED

All. general → couch looking backwards not forward

p1 ¶ CT platform as a historical matter; cites ~~⊄~~ mobilized (1.4)(a), (1.4)(b), (1.4)(d) to [redacted] level;

¶ 2 - ~~we all but~~ the USG/Admin for Jan it had to be "conditions based" period
then explain what it means to me - 3 parts; last 2 lines; - brought to return to maintain a sustainable CT platform;

¶ 3 → 3 mentions of CT platform 1st mention - maintain our capabilities

p2 ~~⊄~~ ¶ 2 CT platform
CT capabilities
how it would work w/ new numbers in practice;
of implemented;
transition from the current force levels to lower ones; the Pentagon was proposing;
how to move from the current to the proposed new levels

Ahmi ∃ OK to control of Kayan — competition levels of Afghan officials
raising a other the complaining;
"that the reduction ... the substantial
(1.4)(b), (1.4)(d) delete [redacted] rest is OK;

¶ 3 - 1st sentence;
Afghan is ideal

p3 ¶ 1 - CT - capabilities
Nigeria - are these ## public
10 billion - get cite for #

¶ 3 - "keep a sufficient ..... withdrawing entirely"
this is all my opinion use capabilities

p4 ¶ 3 "The US would not be... CT platform,"
in Trump's mind would maintain a persistent CT presence
US was negotiating not to completely withdraw from Af
and and keep a CT capability

(53)

UNCLASSIFIED

keep it where it is at that point - trans
p4 ¶4 for w/drawal. Likelihood I would meet those conditions - my view was ... CT capability was at risk;
p5 → canyone - speculation K was about to announce a deal; Especially concerned w/ how CT capability would be actually function - reality;
¶1 - "...went to get OS forces ... agreed w/ - staff"
this was - the context of where we were;
how to read USG agreement any the various strands from DoD, State, POTUS, etc; disconnect - USG internal thinking; not to lose the CT capability; too much focus on going to zero (line 3)
¶3 - CT platform
p6 ¶1 - L5 - CT platform
balancing w/drawal w/ CT platform
Lindsey G / Jack K;
what does Zero actually mean;
¶3 - L3 conditions based
(1.4)(d)
... not like I didn't like [redacted]
I's perception of G's purported wealth
that was actually K saying ...
(1.4)(d)
p7 - canyone - I - crowdy like [redacted]
¶1 - Merkel Ukraine; what did we say before;
¶3 - L1 "let's make... a million pieces,"
↳ has he said this publicly;
some sort of knowledge anything majority that I can't repeat.
but [what I understood to mean / nearly the deal]
... one line - delete;

UNCLASSIFIED

34

UNCLASSIFIED

p8 ¶1 - L5 - L7 - "The proposed level ... invested in it"
[illegible] ¶4 last line "CT" platform w/o deal;
maintain a CT capability

p10 - [illegible]

(1.4)(d)
(1.4)(d)
¶1 - whether or not T backed [redacted] - whatever T's view on [redacted]

p9 - ¶1 - we [illegible] maintain a CT capability
L.6 to end of ¶ - don't tie to DoD
those who wanted a deal as we right-sized adjusted
our presence;

¶2 - citation to 8600 figure which T was now using

(1.4)(b), (1.4)(d)
L5 - L.9 - this is my analysis → [redacted]

L.10 interview w/ Kilmeade - get cite
(1.4)(d)
¶3 - last 2 lines [redacted] steady problem

(1.4)(d)
p10 ¶2 - "like B[redacted] → delete;

(1.4)(g)
p11 → ¶2 → Pence not going; delete "for [redacted] purposes";
¶3 → T whiteboard attack → get cites;
p12 - campaign - speculation on cite re Dcamp to DC;
[illegible]

UNCLASSIFIED