# EXHIBIT P

**Prepublication Review for NSC Access Case 190762**
**List of Required Edits Prepared for Ambassador John R. Bolton**

HAND-DELIVERED TO COURIER ON MARCH 27, 2020

*Note: Italicized findings are suggested grammatical/spelling edits and are not related to security classification determinations.*

Chapter 1

Pg. 2, 1st full paragraph, 5th sentence – Option 1: delete 12th and 13th words and replace with "giving strong consideration to participating" so the sentence reads: "to say France was giving strong consideration to participating in a..." OR Option 2: delete everything after "say France" and add "wanted to coordinate a joint response."

Pg. 3, 2nd full paragraph, 5th sentence – Delete 11th-15th words and replace with "considering joining the" so the sentence reads: "France and Britain were considering joining the response..."

*Pg. 3, 2nd full paragraph, 7th sentence – Add "I spoke to" to the beginning*

Pg. 3, bottom/carryover paragraph, 4th and 5th sentences – Please edit so as to not speak for the foreign side and not use quotes. Delete quotes in 4th sentence. Replace beginning of 5th sentence to read, "I deduced from my call with Sedwill that Britain's view likely was that our objective should be that our next use..."

Pg. 4, 2nd full paragraph, 9th sentence – Delete 22nd word and replace with "building"; delete 24th word; add "potentially" after "coalition" so the sentence reads "were building a coalition potentially with Britain and France..." AND add "pending a final decision" at the end of the sentence so it reads "were already talking pending a final decision."

Pg. 5, 2nd full paragraph, 4th sentence – Delete everything after "desire to act" and add "soon" so sentence reads "desire to act soon."

Pg. 5, 2nd full paragraph, 5th sentence – Delete 4th word and replace with "the" and delete the five words in the parentheses so the sentence reads "He also raised the attack earlier on Monday..."

M  Pg. 6, 2nd full paragraph – Option 1: Delete 2nd-4th sentences OR Option 2: rephrase to your opinion if you wish to keep the history, for example: "Sedwill again pressed on the timing, and I later wondered if May was cognizant of the domestic political pressures that would occur when Parliament came back into session the following week. Former PM Cameron had failed to obtain House of Commons approval..." and keep footnote 13, BUT delete the first sentence of the footnote.

M  Pg. 6, 2nd full paragraph, 6th sentence – Delete everything after "May and Trump spoke" AND delete the first three words of the 7th sentence so it reads "When May and Trump spoke, Trump seemed..."

Pg. 7, 1st full paragraph, 4th sentence – Option 1: Add "Public reporting provided enough" to the beginning of the sentence OR add "in public reporting" after "increasingly clear"

Pg. 8, top/carryover paragraph, 2nd full sentence – After "too long", add ", an assertion he earlier stated publicly."

Pg. 8, top/carryover paragraph, 9th full sentence – Add "It seemed" to the beginning of the sentence and delete the quotation marks throughout

Pg. 8, 1st full paragraph, 1st sentence – Add "proposed" or "possible" after "(1) a" AND add "option" after "attack" so it reads "(1) a proposed three-way attack option..."

Pg. 8, bottom/carryover paragraph, 3rd sentence – Delete first 8 words and replace with "Erdogan seemed to avoid any commitment to join U.S. strike plans..."

Pg. 9, top/carryover paragraph, last sentence – Delete quotation marks

Pg. 9, 1st full paragraph, 3rd sentence- Delete the remainder of the sentence after the word "measured"

Pg. 9, 1st full paragraph, 4th sentence- Delete "as I did Kalin's report on" and replace with "along with".

Pg. 10, 1st full paragraph, 1st sentence – Delete 9 words after "Britain and France," AND insert "has impressed upon us their desire to strike" so it reads "Britain and France has impressed upon us their desire to strike sooner…"

Pg. 10, 1st full paragraph, 4th sentence – Delete 5th word and replace with "recommending" so it reads "Mattis was recommending…"

Pg. 10, 2nd full paragraph, 4th sentence – Add a citation for "but in several other cases since April 2017, and others where we were less sure" (could be an NGO or similar organization that tracks such events)

Pg. 12, top/carryover paragraph, last sentence – Delete 35th and 36th word and replace with "discussed" so it reads "had already discussed…"

Pg. 14, 1st full paragraph, 4th sentence – Delete 23rd and 24th words and replace with "some of us" AND delete quotation marks so it reads "which even some of us through was ridiculous."

## Chapter 2

Pg. 1, 1st full paragraph – there's an extra "s" in "cases" – should be "case studies"
Pg. 2, 3rd full paragraph – "principal" should be "principle"
Pg. 5, 1st full paragraph – "endear" should be "endeared"
Pg. 13, top/carryover paragraph – "dates" should be "days"
Pg. 13, Footnotes 17 and 18 list the same source. You only need it once.
Pg. 17, 5th full paragraph, 7th sentence – Add a citation for "that Seoul had paid Pyongyang's costs" (can be a news article)
Pg. 18, bottom/carryover paragraph – there's an unnecessary hyphen in "Dean Acheson"
Pg. 19, 4th paragraph, 3rd sentence – Add a citation for "undeclared Russian intelligence agents" (there's a BBC story that characterizing the individuals this way)
Pg. 23, 3rd full paragraph, 4th sentence– Delete "meaning" and replace with "which I took to mean"

## Chapter 3

Pg. 1, 2nd paragraph, 6th sentence – Add "alluded to the fact that" after "talking point that" so it reads, "by a talking point that alluded to the fact that we had…"

Pg. 3, top/carryover paragraph – Delete "at Friday's" and replace with "on Friday", delete 11th word, and delete 14th word, so it reads, "to everyone on Friday, including USUN…"

Pg. 5, top/carryover paragraph – Add "[on trade]" to the end so sentence reads "cold-blooded killers [on trade]."

Pg. 7, top/carryover paragraph, last sentence – Delete direct quote from Merkel. Replace with "Merkel finally said he could do what he wanted because he was a free man."

Pg. 7, 1st full paragraph, 6th sentence – Add "alleged" between "another" and "Israeli"

Pg. 8, 2nd full paragraph, 2nd sentence – Delete first 5 words and replace with "To follow-up on"

Pg. 8, 2nd full paragraph, 4th sentence – Delete 10th word and replace "was" with "had weaknesses" so it reads "understood how the existing deal had weaknesses…"

Pg. 9, 1st full paragraph, 1st sentence – Delete 7th and 8th words and replace with "follow-up"

## Chapter 4

Pg. 1, bottom paragraph, 3rd sentence – Delete this sentence unless you can better explain how you learned this and add a citation if possible

Pg. 1, bottom paragraph, 5th sentence – Add "from my estimates" to the end of the sentence so it reads "U.S. national interests from my estimates."

Pg. 1, bottom paragraph, 6th sentence – Add "in my opinion" to the end of the sentence so it reads "not substance in my opinion."

Pg. 1, bottom paragraph, 8th sentence – Delete everything after "Trump that" and add "no deal could occur without greater coordination with Moon Jae-in to ensure a cohesive stance."

M Pg. 1, bottom paragraph, 9th sentence – After "I wanted to" add "preserve the ROK and our positive relationship with by avoiding" so it reads "I wanted to preserve the ROK and our positive relationship by avoiding the headline..." (change "avoid" to "avoiding")

O Pg. 2, 1st full paragraph – Add citations for all the timeframes mentioned – "no longer than two years" and "only six-to-nine months" (in 10th sentence)

M Pg. 2, 3rd full paragraph, 1st and 2nd sentences – Add a citation for the item referenced in 25th (italicized) and 26th words OR delete everything after "North Korea's nuclear program" and go straight to 3rd sentence

Pg. 3, 2nd full paragraph, 3rd sentence – Add "always" after "was not" so it reads "was not always ours."

Pg. 3, 2nd full paragraph, 4th sentence – Add "while considering those of our allies" at the end  *this is your opinion*

Pg. 4, 1st full paragraph, 1st sentence – Delete 17th-21st words and replace with "a timeframe" so it reads "agreeably close to a timeframe I had suggested..."

Pg. 4, 1st full paragraph, 9th sentence – Delete everything after "Mar-a-Lago" and replace with "to contrast Moon's over-optimistic perspective."

Pg. 4, 1st full paragraph, 11th sentence – Add "he" or maybe even "Trump" to make sentence clearer - "Abe stressed to Trump that Trump was more..."

Pg. 5, Footnote 11 – "2206" should be "2006"

Pg. 6, top/carryover paragraph – "sit" should be "site"

M Pg. 6, 1st full paragraph, 3rd sentence – End sentence after "key information"

Pg. 6, 1st full paragraph, new 4th sentence – Start new sentence with "Nuclear experts..." AND add "as was common practice" after "significant conclusions" or some sort of language that shows this was not a unique situation but a known info-gathering technique applied to other weapons program.

Pg. 6, 1st full paragraph – Again to show this is a known info-gathering technique, move the sentence that begins "We knew from IAEA's experience" to directly after the new 4th sentence. So all this now reads – "was concealing key information. Nuclear experts could have extrapolated significant conclusions, as was common practice, about... and more. We knew from the IAEA's experience... before during and after nay denuclearization." Then, continue with rest of paragraph as is "Subsequent international monitoring..."

Pg. 8, 2nd full paragraph – Last sentence no longer makes sense because you've deleted the previous context. Recommend you delete for flow purposes.

Pg. 8, 3rd full paragraph, 2nd sentence – Delete 14th-18th words and replace with "I later started to suspect it was" so it reads "North's idea, but I later started to suspect it was Moon's..."

Pg. 9, 1st full paragraph – Add "the" before "Blair House"

Pg. 11, 1st full paragraph, 3rd sentence – "ofn" should be "of"

M Pg. 11, 1st full paragraph, 6th sentence – Delete everything after "thus" and replace with "delivering seemingly contradictory position to KJU."

Pg. 11, 1st full paragraph, 7th sentence – Delete first 7 words and add "At the same time" at the beginning and "grew" after "concern". Also, delete 3 words after "quickly into" so it reads "At the same time, my concern grew that...and quickly reverting to the failed..."

Pg. 11, 2nd full paragraph, 3rd sentence – Add "was" before "so eager"

Pg. 11, 2nd full paragraph, last sentence – "reflecting" is misspelled

Pg. 13, 3rd full paragraph, 10th sentence - After "foolishness, which" add "I believed" so it reads "foolishness, which I believed they themselves feared."

Pg. 14, 1st full paragraph, 2nd sentence – Add the close quotation around "a process"

Pg. 17, 1st full paragraph, 2nd sentence – Delete "that" after "however"

Pg. 20, top/carryover paragraph, 2nd and 3rd full sentences – Delete word after "who still", add "but" after "Singapore" and delete the rest of the 2nd sentence, change "It" to "it" and combine with previous sentence, and capitalize "Moon", so it reads "who still wanted to come to Singapore, but it should have been apparent to Moon..."

Pg. 21, 1st full paragraph, 4th sentence – Delete "they" and replace with "anticipated that the" so it reads "very positive and anticipated that the two…"

Pg. 21, 1st full paragraph - Delete 5th and 6th sentences and replace with "KJU drew a distinction between Trump and his three predecessors, saying they would not have shown the leadership to create (or hold) the Summit."

Pg. 21, 1st full paragraph, 7th sentence – Delete 20-24th words and replace with "alluding to their" so it reads "talking first; alluding to their first meeting…"

Pg. 21, 1st full paragraph – Delete 8th sentence.

Pg. 21, 2nd full paragraph, 4th sentence – Delete 2nd-7th words and replace with "emphasized"

Pg. 21, 2nd full paragraph, 8th sentence – Add "Even though" to beginning of sentence AND end sentence at "his sincerity." Create new sentence at "But" but delete "that was" and add "But those people were mistaken" at the beginning. So this now reads, "Even though those he knew there were people…his sincerity. But those people were mistaken because they…" *[handwritten: doesn't make a sentence / comb sentences]*

Pg. 21, 2nd full paragraph, 9th sentence – Add "regards to" before "Kim's criticism" so it reads "especially with regards to Kim's criticism…"

Pg. 21, 2nd full paragraph – Delete 13th sentence (starts "Things had totally")

Pg. 21, 2nd full paragraph – Delete "said" and replace with "promised" so it reads "Kim promised there…"

Pg. 22, top/carryover paragraph, 2nd sentence – Delete "are" and replace with "would be" so it reads, "there would be"

Pg. 22, top/carryover paragraph, 3rd sentence – Delete "us" and replace with "the United States"

Pg. 22, top/carryover paragraph, 9th sentence – Rephrase to explain with "this" means, so after "for him," add "deal-making and negotiating such as this Summit" and keep "would be easy."

Pg. 22, top/carryover paragraph, 13th sentence – "Korea" is misspelled

Pg. 22, 1st full paragraph - Add some sort of transition to the beginning to improve flow – "As the meeting continued, Kim congratulated…"

Pg. 22, 1st full paragraph, 11th sentence - Add "When it ended" at beginning of sentence to improve flow, so it reads, "When it ended, Trump and…"

Pg. 23, 2nd full paragraph – "quit" should be "quite"

Pg. 23, 2nd full paragraph, 11th sentence – Delete 7th and 8th words so it reads, "a little belatedly, about how to implement…"

Pg. 23, 2nd full paragraph, 14th sentence – After "Trump said," add "he believed Kim wanted to make a deal, and" AND delete everything after "to close" and replace "on one." So it reads "Trump said he believed Kim wanted to make a deal, and it was time to close on one."

Pg. 24, 2nd full paragraph, 2nd sentence – Move "in my judgement" to directly after "Japanese"

Pg. 25, 1st full paragraph – Delete 4th sentence

Pg. 25, 1st full paragraph, 5th sentence – Change "would" to "could"

Pg. 25, 3rd full paragraph, 1st sentence – Delete 13th word and replace with "potential" and add "a" after "of" so it reads "underscored the potential of a division…"

Pg. 25, 3rd full paragraph, 2nd sentence – After "agenda than ours," add "just as any other head of state prioritizes his country's interests." and end the sentence there. THEN ADD "For Moon this likely meant" to create a new sentence. So it reads, "agenda than ours, just as any other head of state prioritizes his country's interests. For Moon this likely mean prioritizing inter-Korean…"

Pg. 25, 3rd full paragraph, 5th sentence – Delete "was" and replace "has always been" and delete everything after "interests" so sentence reads "That has always been an accurate statement of U.S. interests."

Pg. 26, 2nd full paragraph, 6th sentence – Delete first 4 word so it just starts with "I thought…"

Pg. 27, 1st full paragraph, 10th sentence – Delete first 11 words and replace with "But he again saw the contrast between ROK's reunification objective and our denuclearization goal," and leave the rest "and he decided against…"

M   Pg. 28, 1st full paragraph, 7th sentence – Add a citation for the two potential and specific DPRK actions OR make a more generic statement such as, "in exchange for the North reducing or eliminating some of its nuclear activities."

Pg. 28, bottom/carryover paragraph – Rewrite first four sentences to say, "Surprisingly, just before Pompeo was due to depart for Pyongyang for more talks, the North Koreans warned denuclearization would not be on the agenda. Pompeo wanted to ignore it and tweet that he was looking forward to meeting KJU." *read the news report in pr. 31 - it's all there*

Pg. 28, bottom/carryover paragraph – Delete 5th sentence (starts with "Send a kind"). Paragraph should read "shouldn't go at all. 'I agree that a trip at this point...'"

Pg. 29, top/carryover paragraph, 1st full sentence – Delete six words after "Pyongyang" *the letter is in the public domain*

Pg. 30, bottom/carryover paragraph, 3rd sentence – Move "he wondered" to the start of the sentence so it reads "He wondered what had happened..." *all fm.*

Pg. 31, top/carryover paragraph, top line – Add "likely" after "he" so it reads "something he likely desperately..." *3/*

Pg. 31, 3rd full paragraph, 1st sentence – Add "in my opinion" to the end of the sentence

Pg. 32, 2nd sentence – Delete "as" AND delete 9th and 10th words and replace with "reaffirmed" so it reads "September 1 came and went and Mattis reaffirmed..." [Note: if the date no longer makes sense because the reference was deleted on page 25, just start the sentence with "Mattis reaffirmed in early October..."

Pg. 32, 2nd sentence – Delete last 2 words and just end sentence with "Peninsula."

### Chapter 5

M   Pg. 3, top/carryover paragraph, 3rd sentence - Add a citation to the sentence that ends "we did not!"

Pg. 3, 1st full paragraph, 3rd paragraph – Replace "us" with "them" so it reads "problems for them and Assad."

Pg. 3, 1st full paragraph, 12th sentence – Delete "said" and "for you."

Pg. 4, 1st full paragraph, 2nd sentence – Delete extra quotation mark at the end

Pg. 7, 2nd full paragraph, 9th sentence – Replace 23rd word with "strong-arming"

Pg. 8, 2nd full paragraph – "bunder" should be "bunker"

Pg. 9, 1st full paragraph, 4th sentence – Should be "World War III"

M   Pg. 9, 1st full paragraph, 8th sentence – Add "or any country" after "Ukraine"

Pg. 9, 1st full paragraph, 9th sentence – Delete last 9 words after first instance of "close" so the sentence ends with "came to a close."

Pg. 9, 1st full paragraph, 10th sentence - Replace 16th word with "supported" so it reads, "he had supported Stoltenberg's term..."

Pg. 10, top/carryover paragraph, 1st full sentence – "leaked" should be "leaking"

Pg. 10, top/carryover paragraph - 2nd full sentence doesn't make sense. Perhaps rewrite to say, "Trump laughed along with Marcon and looked at Mattis as if to imply he knew where the leaks were on the U.S. side."

Pg. 10, top/carryover paragraph, 12th full sentence – Add "he believed" after "who" so it reads "who he believed hated America..."

Pg. 11, 2nd full paragraph – "EU!" should be "EU"

Pg. 12, top/carryover paragraph – "united" should be capitalized and "form" should be "from"

Pg. 13, 1st full paragraph, 13th sentence – Delete 4th word and replace with "defend ourselves from"

Pg. 13, 2nd full paragraph – Delete second "we" from sentence that begins "However..."

Pg. 15, 1st full paragraph, 2nd sentence – Delete quotation marks.

Pg. 15, 1st full paragraph, 5th sentence – Delete "you" and replace with "he should", add "to the meeting" after "go in", delete period after "strength" to combine two sentences, add "claiming that" after "agreed", delete "I'm" and replace with "he assured her he would", and change "giving" to "give".

So it reads "Helsinki, he should go in to the meeting from a position of strength, and Trump agreed, claiming that Putin...truth], and he assured her we would not give anything away."

Pg. 15, 3rd full paragraph, last sentence – Delete 7th word so it just reads "breach of security..."

Pg. 16, top/carryover paragraph – First four full sentences (from "Netanyahu" to "understood it.") need to be paraphrased more and at a higher-level or delete entirely.

Pg. 17, 2nd full paragraph - Replace 3rd- 6th sentences with the following to remove quotations: "Niinisto started by reminding Trump that Putin was a fighter and therefore it was important for Trump to hit him back if he attacked. Second, Niinisto impressed on Trump the importance of respect to Putin and that if trust is established, then he may be more discreet. Finally, again as if pumping him up for a boxing match, Niinisto warned Trump to never provide an opening or give one inch. He ended his pep talk with a Finish saying, "the Cossacks take everything that's loose."

Pg. 17, 2nd full paragraph - Delete 9th sentence.

Pg. 17, 2nd full paragraph, 10th sentence – Delete first 8 words and replace with "Niinisto went back to his pep talk, saying Putin was not stupid and he wouldn't attack NATO countries, and" and keep "that while Putin made a mistake...Crimea."

Pg. 17, 2nd full paragraph – Delete 11th and 12th sentence and replace with "Trump blamed Obama and promised to not accept such behavior to my immense relief, underscoring that Putin would not have done it if he were President at the time."

Pg. 18, 1st full paragraph, 8th sentence – Delete 6th-12th words and replace with "commented on the US' tough stance"

Chapter 6

Pg. 1, 2nd full paragraph – There an extra period after "India"

Pg. 7 – top/carryover paragraph, 2nd full sentence- Delete remainder of the sentence after the word "signed" and add the word "and", changing "The" to "the", combining the two sentences. Delete ", said Shoygu"

Pg. 7, top/carryover paragraph, new 3rd sentence- Delete "And, he concluded, he entirely agreed with me," and replace with "I remember him agreeing that"

Pg. 7, 2nd full paragraph, 1st sentence – Delete quotation marks throughout and change "value[s]" to "valued", "is" to "was" and "you" to "me" so it reads "valued our contacts a lot and that it was always a pleasure to meet with me."

Pg. 7, 2nd full paragraph – Delete 7th sentence ("I said we didn't...") and replace with "As I would reiterate in my later press conference, I told him the U.S. had not yet made any final decisions regarding future deployments."

Pg. 8, 2nd full paragraph, 2nd sentence – Add "mentioned he had" after "He" and "the topic" after "discussed" AND THEN delete everything after "Netanyahu" so it reads "He mentioned he had discussed the topic with Netanyahu."

Pg. 8, 2nd full paragraph, 4th sentence – Delete 9th word and replace with "acknowledged our view"

Pg. 10, 1st full paragraph, 3rd sentence – Remove quotation by rephrasing as "Trump asked for my opinion, and I urged..."

Pg. 11, top/carryover paragraph – Delete last sentence. (Reveals current policy option still under consideration)

Pg. 11, 1st full paragraph – Delete last sentence. (Reveals current policy option still under consideration)

Pg. 11, bottom/carryover paragraph – Delete the extra "a" after "not"

Pg. 11, bottom/carryover paragraph – No need for Footnote 15. After further consideration, we are ok with the use of the word "clandestine" in this general context.

Pg. 13, 2nd full paragraph, 3rd sentence – Delete 21st and 22nd words and replace with "policymakers" so it reads "that gave policymakers more flexibility..."

Pg. 13, bottom/carryover paragraph, 2nd sentence – Delete 26th word so it just reads "jealous of NSA's..." (make NSA possessive)
Pg. 13, bottom/carryover paragraph, bottom line – Delete 15th word in sentence and replace with "departments" so it reads "specific guidance to the departments to..."

## Chapter 7

Pg. 1, 3rd full paragraph – Delete 4th sentence and replace with "Trump stressed his friendship with Erdogan but implied it would be hard for even him to fix the hard issues facing the US-Turkey relationship unless Brunson returned to the United States."
Pg. 1, 3rd full paragraph, last line – Delete extra quotation mark after "crazy"
Pg. 4, 1st full paragraph, last line – Replace comma with period.
Pg. 4, Footnote 12 – No need to mention Wong piece as part of this footnote since it's listed as Footnote 13.
Pg. 6, 2nd full paragraph – Replace the 3rd-7th sentences with the following to remove quotes: "...and then you get off. Trump rolled on claiming he didn't want anything bad to happen to Erdogan or Turkey and that he would work very hard on the issue. Erdogan also complained...extradited to Turkey. Trump hypothesized that Gulen would only last one day if he were returned to Turkey. The Turks laughed..."
Pg. 10 – Bottom paragraph – Extra "Shanahan" in that sentence
Pg. 13, 1st full paragraph, 6th sentence – Delete 8 words after "onto it" and make that the end of the sentence.
Pg. 13, 1st full paragraph, 7th sentence – Delete 17 words after "Ok" so sentence just reads "responded, "Ok, we'll decide the schedule on that later."
Pg. 15, 2nd full paragraph – Extra period after "remarks"
Pg. 17, 2nd full paragraph, 5th sentence – Delete last 15 words after "international force" and just end the sentence there
Pg. 17, 2nd full paragraph, 7th sentence – Add "in my opinion" after "domestic politics"
Pg. 18, top/carryover paragraph – Delete 2nd and 3rd sentences
Pg. 18, bottom/carryover paragraph – extra period after takeover
Pg. 19, 1st full paragraph – "hade" should be "had"
Pg. 23, 2nd full paragraph, penultimate sentence – Delete 15th-18th words and replace with "the coming years" so it reads "on the U.S. in the coming years."
Pg. 24, 1st full paragraph – 1st question in 6th sentence, rephrase so it doesn't give away our assessment of what could happen in the future. "Would the Afghanistan government collapse after we left and if so, how fast?"
Pg. 26, 1st full paragraph, 4th sentence – Delete "to" before "U.S. troops" AND rephrase 32nd-35th words to be "maintain CT capabilities" AND delete last 7 words of the sentence so it just ends at "capabilities."
Pg. 26, 1st full paragraph, 5th sentence – Replace first 3 words with "These capabilities..."
Pg. 26, 1st full paragraph, 6th sentence – Replace 11-14th words with "would" so it reads "existing mission would go to..."
Pg. 26, 3rd full paragraph, 4th sentence – replace 7th-9th words with "the CT capabilities" so it reads "room for the CT capabilities..."

## Chapter 8

Pg. 8, 3rd full paragraph, 5th sentence – Change "would" to "could"
Pg. 8, bottom/carryover paragraph – extra period after "November"

## Chapter 9

Pg. 1, - Insert a new second paragraph (see * below)

Pg. 1, bottom/carryover paragraph, 3rd sentence – Delete 24th-26th words and replace with "military options for" so it reads "he wanted military options for..."

Pg. 1, bottom/carryover paragraph, 4th sentence – Add "discussing" after "of" and delete 6th word and replace with "options" so it reads, "advocacy of discussing military options..."

Pg. 3, Footnote 6 – Delete 1st sentence of footnote and just say "Figueroa later resigned as SEBIN chief."

M Pg. 3, Footnote 7 – Please add a citation for the Maduro press release as the Hansler/CNN article doesn't mention it. *release was: Spanish from VZ; I was informed of it, but don't have a copy*

M Pg. 6, top/carryover paragraph, top line – Source in Footnote 13 just says inspired by Cuban guerilla forces of 1960s, so rephrase sentence to say "motorcycle thugs used by Chavez to sow terror and intimidate any opposition, appeared..."

Pg. 6, 1st full paragraph, penultimate sentence – Add "reportedly" after "paramilitaries"

Pg. 6, bottom/carryover paragraph – Delete 13th-15th words so it just reads "who now wanted assurances regarding post-Maduro..."

*Pg. 6, Footnote 14 – Pull the context that is in Footnote 14 up in the text. The information, particularly the explanation of how the information about the Opposition was obtained and how the Administration openly discussed these attempts after they occurred, in this footnote should be moved and made into the second paragraph of the chapter, on page 1. Keep the sourcing information as Footnote 14.

Pg. 7, 1st full paragraph, 3rd sentence – Delete 10th word and replace with "advisable" so it reads "option was advisable..."

Pg. 7, 1st full paragraph – capitalize "John"

Pg. 7, 2nd full paragraph, 4th sentence – Delete extra quotation mark at the end

M Pg. 8, 1st full paragraph, 2nd sentence – The citation doesn't mention percentage of support from military, so delete first part and edit to read "The Opposition believed more of the rank-and-file as well..."

Pg. 8, 1st full paragraph, 3rd sentence – Delete 11th-16th word and replace with "were likely still" so it reads "however, were still likely too"

Pg. 8, 2nd full paragraph, 6th sentence – Delete last 28 words so the sentence just ends at "very significant." *why?*

Pg. 11, 1st full paragraph, 6th sentence – Delete 17th and 18th words so sentence just reads "and many asserted it..." unless you can find citation that supports keeping those two words

M Pg. 11, 1st full paragraph, 7th sentence – Delete 14th-18th words so sentence reads "loyalists were sending..." unless you can find citation for those individuals specifically *cite found*

Pg. 11, 2nd full paragraph, 2nd sentence – Delete quotation mark before "very"

Pg. 11, 2nd full paragraph, 3rd sentence – Delete first 14 words and replace with "Trump then assured Guaido he'd pull [his government takeover] off and offered an aside about how he [Trump] was sure Guaido would remember in the future what happened," and then continue with "which was Trump's way..."

Pg. 11, 2nd full paragraph, 3rd sentence – Delete "of saying" because repetitive with "of referring"

Pg. 11, 2nd full paragraph, 4th and 5th sentences – Delete all quotation marks

Pg. 11, 2nd full paragraph, 9th sentence – Delete quotation marks and rewrite to say "for the people to hear that he had spoken with Trump when they fight..."

Pg. 11, 2nd full paragraph, 10th sentence – Delete quotation marks and change "you" to "him"

M Pg. 11, 3rd full paragraph, 2nd sentence – Provide a citation for "we were providing advice...to nominate people..."

Pg. 11, 3rd full paragraph, 5th sentence – Delete 3rd-6th words and replace with "we learned" AND add "allegedly" after "was" so it reads "From Moscow we learned Putin was allegedly very..."

Pg. 11, Footnote 26 – Capitalize "Sanders"

Pg. 12, 1st full paragraph, 4th sentence – Provide citation or rephrase to say, "We were hopeful Guaido and the Opposition were taking the opportunity to speak with Russian..."

Pg. 13, top/carryover paragraph, 1st full sentence – Delete 3rd-5th words
Pg. 13, top/carryover paragraph, 3rd sentence – Delete first 12 words and replace with "Continuous contact was being made" so sentence reads "Continuous contact was being made with top military..."
Pg. 13, top/carryover paragraph, 3rd sentence – Change "his" to "Guaido's" so it reads "could come to Guaido's side"

M Pg. 13, 1st full paragraph, 1st sentence – Delete first 5 words and replace with "A plan was developed" and continue with "which we thought..."   *We didn't develop the plan*
Pg. 13, 1st full paragraph, 3rd sentence – Delete first 2 words and begin sentence with "Then humanitarian..."
Pg. 13, 1st full paragraph, 4th sentence – Delete first 4 words and replace with "There was the hope"
Pg. 14, 1st full paragraph, 7th sentence – Rephrase sentence to read: "As February 23 approached, rumors intensified of a high-level military leader, likely Venezuelan Army Commander Jesus Suarez Chourio, publicly announcing he no longer backed Maduro."
Pg. 14, 1st full paragraph, 8th sentence – Delete 9th-11th words so it reads "but the humanitarian cross-..."

M Pg. 14, 1st full paragraph, 9th sentence – Delete 7th word and replace with "a change of this magnitude" so it reads "some feeling that a change of this magnitude would..."
Pg. 14, 2nd full paragraph, 5th sentence – Delete 8th-10th words and replace with "there was" so it reads "and there was evidence..."
Pg. 14, bottom/carryover paragraph, 3rd sentence – Delete 8th-11th words and replace with "it would likely be difficult" so it reads "outside Venezuela, it would likely be difficult Guaido..."
Pg. 14, bottom/carryover paragraph, 4th sentence – Change "we" to "he"
Pg. 15, 2nd full paragraph, 1st sentence – Add "reportedly" after "helicopter,"
Pg. 15, 2nd full paragraph, 2nd sentence – Delete last 6 words of sentence so it ends at "Saturday."

M Pg. 15, Footnote 35 – Delete last 9 words so sentence just ends with "scanty". ALSO "dad" should be "dead"

Pg. 16, 1st full paragraph, 1st sentence – Add "I thought" after "Saturday," so it reads "I thought the Opposition..."
Pg. 16, 1st full paragraph, 3rd sentence – Change "have" to "execute"
Pg. 16, 2nd full paragraph, 4th sentence – Delete 6th-8th words and replace with "there was speculation" so it reads "much later that there was speculation the Colombians..."
Pg. 17, 1st full paragraph, 9th sentence – Delete 3rd word and replace with "one" so it reads "In fact, one immigration..."
Pg. 18, 1st full paragraph, 8th sentence – Delete 6th-8th words so it just reads "we learned a visiting foreign delegation,"
Pg. 18, 2nd full paragraph, 2nd sentence – Delete 7th-11th words and replace with "coordination" so it reads "impaired coordination activities..."
Pg. 18, 2nd full paragraph, 5th sentence – Delete first 6 words so the sentence begins with "Contacts with..."

M Pg. 19, 2nd full paragraph, 2nd sentence – Delete last 10 words so the sentence ends with "without incident."
Pg. 19, 2nd full paragraph, 3rd sentence – Delete last 4 words and replace with "substantially reduced" so the sentence ends "were already substantially reduced."
Pg. 20, top/carryover paragraph, last sentence – Delete 14th word and add "likely Cuban" after "surveillance" so it reads, "of heavy surveillance, likely Cuban, of leading..."
Pg. 20, 1st full paragraph, first sentence – Add a citation for "delisting" being a common practice or explicitly state that it is commonly applied to other situations and not unique to Venezuela.

M Pg. 21, 2nd full paragraph, last sentence – Delete last 11 words so sentence ends at "Nicaragua."  *Disagree about that Nicaragua borders Honduras*
Pg. 22, 2nd full paragraph, 7th and 8th sentences – Rephrase to say "Rosales answered with a description of the extreme violence and connection with the Cubans. That provoked another..."

UNCLASSIFIED

Pg. 24, top/carryover paragraph, 4th and 5th sentences – Add citations for 1) "reports provincial governors...matters into own hands" and 2) number of service members that defected
Pg. 24, 1st full paragraph, 8th sentence – Delete last 11 words so sentence ends at "pipeline." *why?*
Pg. 24, bottom/carryover paragraph, 1st sentence – Delete 6th-8th words so it reads "hearing that April 20"
Pg. 24, bottom/carryover paragraph, 3rd sentence – Delete 3rd-32nd words and replace with "several Venezuelan senior military leaders" so it reads "Talks with several Venezuelan senior military leaders were becoming..."
Pg. 24, bottom/carryover paragraph – Delete 4th sentence (starts "In particular...")
Pg. 25, bottom/carryover paragraph, 3rd sentence – Change last part of sentence to read, "although we learned later that this information about both the meeting having occurred and the military personnel being involved was incorrect."
Pg. 26, 1st full paragraph, 3rd sentence – After "assigned role," add comma and then delete until the end of the sentence. Then add "but, it turned out" to combine the two sentences.
Pg. 26, 1st full paragraph, 5th sentence – Delete 8th-12th words and replace with "senior military leaders" so it reads "was that senior military leaders were all..."
Pg. 26, 1st full paragraph, 6th sentence – Delete 9th-11th words AND add "likely" after "Cubans" so it reads "only because on Monday night the Cubans likely had..."
Pg. 26, 1st full paragraph, 7th sentence – Add "in my assessment," after "evidence"
Pg. 26, 1st full paragraph, 8th sentence – Delete 19th and 20th words and add "the" before "TSJ" AND delete 24th-25th words and replace with "resulting in a" AND add "which" before "spooked" AND delete last word and replace with "senior military leaders" so it reads "breached, the TSJ became increasingly nervous resulting in a failure...Constituent Assembly, which spooked senior military leaders."
Pg. 26, 1st full paragraph, 9th sentence – Delete 4th word and replace with "they likely" AND delete 14th-20th words AND delete 24th-26th words so it reads, "cover, they likely hesitated, and the release of Lopez on Tuesday morning only further increased unease." *No - they hesitated - that's a*
Pg. 26, 1st full paragraph, 10th sentence – Delete 4th word and replace with "these Generals", replace "his" with "their" and "he" with "they" so it reads "that these Generals may never have... hedged their bets...that they could jump..."
Pg. 26, 2nd full paragraph, 4th sentence – Delete 24th and 25th words so it reads "forward, hoping others would come along."
Pg. 26, bottom/carryover paragraph, 8th and 9th sentences – Delete the parentheticals throughout so it just reads "with Dunford, Shanahan, and Haspel...and Pelosi."
Pg. 26, bottom line – Eliot Engel is misspelled
Pg. 27, 1st full paragraph, 1st sentence – Add "State" or "authoritarian regime" before "surveillance"
Pg. 27, 1st full paragraph – Delete 2nd sentence (citation doesn't mention the fact of who took him to F.T.)
Pg. 28, 2nd full paragraph, 2nd sentence – Delete 14th-20th words and replace with "said"
Pg. 28, 2nd full paragraph, 6th sentence – Delete 5th and 6th words and replace with "would be to foment" so it reads "route would be to foment competition..."
Pg. 28, bottom/carryover paragraph, 6th sentence – Add ", in my view," after "Instead" AND replace "were" with "are" AND end sentence after "institution." Start a new sentence at "An order to..." so it all now reads "Instead, in my view, senior military officers are almost certainly still more concerned...as an institution. An order to suppress..."

Chapter 10
Pg. 3, top/carryover paragraph – "stick" should be "sticker"
Pg. 8, 1st full paragraph – "If that could be agreed, all..." lowercase "a" in "all"
Pg. 9, 2nd full paragraph, 2nd sentence – Add citation for all the commitments you listed

UNCLASSIFIED                              10

*[Handwritten at top: "I have taken a shot at modifying your language - let me know if OK."]*

M Pg. 9, 2nd full paragraph, 6th sentence – Delete last 11 words so sentence ends at "negotiations."

M Pg. 10, top/carryover paragraph, last 4 sentences that still include quotes. You wrote that you would like to discuss these lines further, but we still would like for you to delete the quotes. One suggested way to rephrase is: "He then stunningly turned the conversation to the election and, as if alluding to Chinese interference campaigns, pleaded with Xi to ensure he'd win. Further he mentioned the importance of farmers and soybeans and how somehow that'd equal a win."

Pg. 10, 1st full paragraph, 6th and 7th sentences – Delete everything after "broached" and replace with ", he implied China owed the U.S. a favor for getting Japan out of WWII to which Xi replied with a lecture on how the Chinese fought for 19 years and relied solely on themselves to defeat the Japanese aggressors." Then, go to next sentence that starts "Of course…"

Pg. 10, bottom/carryover paragraph, 1st and 2nd sentences – Delete last 9 words and 2nd sentence and replace with "tariffs but he again returned to agricultural products encouraging Xi and the Chinese to promise to buy as many as possible." Then move to next sentence that starts "Then, they would…" (change "we" to "they")

Pg. 10, bottom/carryover paragraph – "Lie's" should be "Liu's"

Pg. 13, 1st full paragraph – Extra period after "Foundation"

Pg. 13, bottom/carryover paragraph, 2nd sentence – Rewrite to remove quotes – "Abe had said China is the largest…"

Pg. 13, bottom/carryover paragraph, 5th sentence – Rewrite to remove quotes – "Abe encouraged Trump to maintain the countries' unity against China and more."

Pg. 13, Footnote 19 – This citation doesn't speak much to Huawei's ties to UK but Footnote 20 does, so just remove #19.

Pg. 14, bottom/carryover paragraph – Word missing after "he would now U.S. companies…" should "allow" be in there?

Pg. 16, bottom/carryover paragraph, 5th sentence – Delete 15th-21st words so the sentence reads "NSC process, but it was not…"

Pg. 16, bottom/carryover paragraph, 8th sentence – Rewrite to remove quotes – "Trump told Xi to go ahead [with building the camps] and that it was the exact right thing to do."

M Pg. 17, 3rd full paragraph, 7th sentence – Delete 21st-24th words so it reads "service members in recent years…"

## Chapter 11

Page 2, bottom/carryover paragraph, 1st sentence – Replace "his own" with "the ROK's" before "agenda" *[handwritten: "of which there are many. This was quite well known"]*

Pg. 4, 1st full paragraph, 8th sentence – Delete last 21 words and rephrase as "was ending, I learned secondhand there was a proposal from KJU, one that addressed DPRK economic pressures but not one that addressed the policy goal I had long-pushed – complete denuclearization." Then, go to next sentence that starts "This was a typical…"

Pg. 5, 1st full paragraph, 5th sentence – Two verbs, delete either "waited" or "went"

Pg. 6, top/carryover paragraph – Missing a word – "to look bad because he *was* the one"

Pg. 6, 1st full paragraph, 1st sentence – Delete 6th word and replace with "a" AND delete 9th word and replace with "would be" so it reads "significant a Yongbyon "concession" would be for…"

Pg. 6, 1st full paragraph, 2nd sentence – Delete last 16 words so the sentence ends with "to his offer."

Pg. 6, 1st full paragraph, 4th sentence – Delete 8th word and replace with "might" so it reads "they might have had"

M Pg. 6, 1st full paragraph, 5th sentence – Delete last 7 words so the sentence ends at "getting nothing."

Pg. 6, 1st full paragraph, 8th and 9th sentences – Delete 24th-26th words and end sentence with "hit the United States." Then, start a new sentence "I viewed this as an obvious dismissal of what I said earlier…"

*[Handwritten at bottom: "Yongbyon is cited all over the place; this can't even be a close call." and "how many are to go? you need?" and "by Trump himself"]*

Pg. 6, 1st full paragraph, last sentence – Add "responded that" after "Trump" so it reads "Trump responded that what I had…"

Pg. 7, top/carryover paragraph, 7th sentence – Add "we" after "that if" so it reads "that if we accepted"

Pg. 7, top/carryover paragraph, 11th sentence – Add "I" after "and" so it reads "emotions, and I worried it might…"

M Pg. 9, 2nd full paragraph, 7th sentence – Delete 16th word and replace with "a strong response" so it reads "induced a strong response in South…"

Pg. 9, 2nd full paragraph, last sentence – Add "perhaps" before "because" AND delete last word and replace with "being impacted."

Pg. 12, 2nd full paragraph, 3rd sentence – Delete 5th and 6th words and replace with "we learned" so it reads, "pleasantries, we learned the South had had no…" AND delete 23rd and 24th words so it read "and that the North needed…"

Pg. 12, 3rd full paragraph, 5th sentence – Add "his desire was for" after "underlining that" so it reads "underlining that his desire was for the next summit…"

M Pg. 12, 3rd full paragraph – Delete 6th and 7th sentences — deleted ?

Pg. 13, top/carryover paragraph, 2nd full sentence – Rephrase beginning to say, "Trump conveyed he felt he was very…"

Pg. 13, top/carryover paragraph, 3rd full sentence – Delete 19th-23rd words, and add "were too high" at the end of the sentence so it reads "base costs, Trump's expectations were too high."

Pg. 13, top/carryover paragraph – capitalize Moon

Pg. 13, 1st full paragraph – Delete 3rd sentence. (See next edit where we insert a rephrased version later in the paragraph.)

Pg. 13, 1st full paragraph, after 7th sentence (that begins "Of course, it wasn't"), add a revised version of the 3rd sentence as follows: "My view was that the South Koreans followed the practice of making Japan an issue when times were tough at home."

Pg. 13, 1st full paragraph, last sentence – Delete last 24 words so the sentence ends with "about the issue." why?

Pg. 13, 3rd full paragraph, last sentence – Delete extra quotation mark

Pg. 14, bottom/carryover paragraph, 3rd sentence – Add ", a position he still holds publicly." to the end so it reads "robust military posture, a position he still holds publicly."

Pg. 15, 1st full paragraph – Capitalize "Moon" and add "know" after "Korea" in penultimate sentence

Pg. 17, 3rd full paragraph, 5th sentence – Add "spoken to" or "meet with" after "he had" (whichever makes the most sense) so it reads "time he had spoken to Abe and Moon…"

Pg. 17, 3rd full paragraph, 10th sentence – Delete 21st-26th words so it reads "nuclear sites and wanted another…" No see earlier—this is all very very public

Pg. 18, 1st full paragraph, 10th sentence – Delete the last 11 words so the sentence ends with "if he could."

Pg. 18, 1st full paragraph, last sentence – Delete the last word so the sentence ends with "around."

Pg. 18, 3rd full paragraph, 2nd sentence – Delete 44th-47th words so it reads "how to ensure it was…"

Pg. 19, 1st full paragraph, 8th sentence – Delete 6th and 7th words so it reads "paramount issue is to have…"

Pg. 19, 1st full paragraph, last sentence – Delete "you" so it reads "only pass along what…"

Pg. 19, 2nd full paragraph, 2nd sentence – Delete last 15 words so the sentence ends with "U.S. elections."

Pg. 19, 2nd full paragraph, 9th sentence – Delete extra quotation mark

Pg. 20, 1st full paragraph, 2nd sentence – Delete "but" so it reads "Korea, the U.S was…" not sure what this means, body mode dog

Pg. 20, 1st full paragraph, 7th sentence – Delete 10th word and add "serious consequences" so it reads "would be serious consequences if the U.S…."

Pg. 20, 1st full paragraph, 8th sentence – Missing word – could make things better, stressing

Pg. 20, 2nd full paragraph, 5th sentence – Delete "you" and replace with "the South Koreans"

M Pg. 20, 2nd full paragraph, last sentence – Delete last 5 words so the sentence ends with "protecting it."
Pg. 20, bottom/carryover paragraph, 2nd sentence – Add ", in my opinion," after "disingenuously"
Pg. 21, top/carryover paragraph, 1st full sentence – Add "had" after "it" so it reads "that it had taken"
Pg. 21, 1st full paragraph, 1st sentence - Delete extra quotation mark
Pg. 21, 1st full paragraph, 4th sentence – Add "a" after "wanted" so it reads "wanted a guarantee"
Pg. 21, 1st full paragraph, penultimate sentence – Add citation re: hotline
Pg. 22, 1st full paragraph, 7th sentence – Add citation for "another letter" (KCNA released a photo of KJU reading the letter.)
Pg. 25, 2nd full paragraph, 2nd sentence – Delete last 17 words so the sentence ends with "mil-mil cooperation."
Pg. 26, 1st full paragraph, 4th sentence – Delete 29th word and replace with "belabored" AND delete "on" and replace with "with" so it reads "Trump belabored Moon with it."
Pg. 26, 3rd full paragraph, 8th sentence – Delete 8th-10th words and replace with "Chung added" AND delete quotation marks in sentence AND delete last two words of sentence so it reads "at risk, and Chung added, Japan should be…its diplomatic goals."

Chapter 12
Pg. 1, bottom/carryover paragraph – extra comma after "stay there,"
Pg. 2, Footnote 3 – "Iran" should be Iraq" in "influence in Iraq"
Pg. 4, 1st full paragraph – "Nether" should be "Neither"
Pg. 4, 2nd full paragraph – Add a close quotation mark after "so important,"
Pg. 5, top/carryover paragraph, penultimate sentence – Option 1: Delete 29th-45th words OR Option 2: Rephrase to say, "I recall a similar conversation that reflected Trump's indifference to our allies with regard to the waivers. When considering another foreign leader's visit to Washington, which also raised the issue of eliminating the waivers, Trump had a ready suggestion" and continue with your quote.
Pg. 6, bottom/carryover paragraph, 4th sentence – Add citation for "expanded assistance to…"
Pg. 7, Footnote 11 – Wrong hyperlink *I just tried it - it's the right one.*
Pg. 8, top/carryover paragraph – "Russian" should be "Russia"
Pg. 8, 2nd full paragraph, 4th-6th sentences – Add a citation for Dunford's views (He spoke at Brookings about this topic)
Pg. 10, bottom line – "fine" should be "find"
Pg. 11, 1st full paragraph, 7th sentence – Delete 8th and 9th words and replace with "allies" so it reads "to say allies were confirming"
Pg. 11, 1st full paragraph – "I" should be "in" after "enemy codes"
Pg. 11, 2nd full paragraph, 6th sentence – After further consideration, we no longer think a citation is necessary as it was well-known. You may delete Footnote #18 if you want.
Pg. 12, bottom/carryover paragraph, 2nd sentence – Add ", including me," after "believed" so it reads "who believed, including me, it came from…"
Pg. 14, 1st full paragraph, 8th sentence – Add "hearing" after "remember" and change "saying" to "say" so it reads "remember hearing him say, "I…"
Pg. 16, 1st full paragraph, a period after "Then" when it should be a comma
Pg. 16, 2nd full paragraph, "they" should be "the" after "especially wanted"
Pg. 16, bottom/carryover paragraph, 2nd sentence – Change "you" to "I" and "here" to "there" so it reads "that I came there, and"
M Pg. 16, bottom/carryover paragraph, 4th sentence – Delete 5th-8th words so it reads "couldn't understand why Trump…" *I have found a cite of UAE and Saudi Arabia calls*
Pg. 17, top/carryover paragraph, 2nd full sentence – Delete 35th-40th words and replace with "about the potential talks" so it reads "unhappy they were about the potential talks."
Pg. 17, 1st full paragraph – Extra period after "in my view"

M Pg. 18, 1st full paragraph, 1st sentence – Delete everything after "Iran visit" so the sentence ends with "talking points for the Iran visit." AND Delete 2nd, 3rd, and 4th sentences and add a new sentence "After hearing his proposal, I explained why I had my doubts it would work and made a comparison to DPRK." The paragraph then continues with "Japan was schizophrenic on..." AND Delete 6th and 7th sentences. [If you can find an open source citation that discusses the specifics of the Japanese proposal, then you can keep the details. Otherwise you need to speak of it in general terms.] New paragraph should read: Yachi called me...talking points for the Iran visit. After hearing his proposal, I explained why I had my doubts it would work and made a comparison to DPRK. Japan was schizophrenic on...the two threats were. I wanted to keep as much...JCPOA."

Pg. 18, 2nd full paragraph, 4th sentence – Delete 9th-11th words so it reads "clear that Abe's idea was..."

Pg. 19, 1st full paragraph, 2nd sentence – Delete 6th-9th words and replace with "proposal" so it reads "about his proposal..."

Pg. 21, top/carryover paragraph, 2nd full sentence – Add "not" after "should" so it reads "Abe should not feel,."

Pg. 24, 1st full paragraph, 4th sentence – Delete 6th-11th words and add "military targets" so it reads "we hit three military targets along..." AND delete last 19 words so the sentence ends with "Iran's coast." [Note: We asked for a citation about the specific targets, but if not known, then just call them "sites" or "targets" throughout. The next few edits all pertain to this.] found cites

Pg. 24, 1st full paragraph, 9th sentence – Delete 8th and 9th words so the sentence reads "the three sites"

Pg. 25, top/carryover paragraph, 3rd sentence – Delete 16th and 17th words and replace with "military" so it reads "hit three military sites..."

Pg. 25, top/carryover paragraph, 7th sentence – Delete 5th word and replace with "targets" so the sentence reads "if the targets were..."

Pg. 25 – Delete Footnote 44 because it identifies the type of targets. no it doesn't - it is about the SAM that hit the drone

Pg. 27, 1st full paragraph, 3rd sentence – Delete 16th word so it reads "against the sites"

Pg. 27 – There should be a period after "arrived" at the end of the page, not a comma

Pg. 30, bottom/carryover paragraph, 7th sentence – Delete 7th word AND add "for the military targets" after "pattern" AND delete last word and replace with "site" so it reads "searched for a table of organization...the manning pattern for the military targets, and somehow concluded...per site."

Pg. 30, bottom/carryover paragraph, 13th sentence – Delete 10th word and delete last 18 words so it reads "already down to two sites rather than three."

Pg. 31, 2nd full paragraph – Capitalize "John"

Pg. 31, bottom/carryover paragraph, 3rd sentence – Provide a citation for "but perhaps _____ (__)" or delete. The citations provided do not mention it specifically.

Pg. 32, 2nd full paragraph – Delete extra quotation mark after "I said"

Pg. 33, 1st full paragraph, last sentence – Add "or where the number of Tomahawks came from."

Pg. 33, 2nd full paragraph – "not" should be "nor"

Pg. 33, 2nd full paragraph, 7th sentence – Rewrite to remove quotes – "Macron asked Trump directly what he would be willing to give up precisely, demonstrating..."

Pg. 33, 2nd full paragraph, 8th sentence – Delete 5th and 6th word AND delete 18th-21st words and replace with "some" AND delete 33rd-36th words and replace with "a brief timeframe" so it reads "first ducks, they did discuss before the call ended the idea of lifting some ...for a brief timeframe, and Trump..."

Pg. 33, bottom/carryover paragraph, 4th sentence – Delete 3rd word and replace with "some", delete 7th-9th words and replace with "sanctions" and delete 14th-19th words and replace with "other proposals he'd discussed with Macron" so it reads "It's only some of the oil sanctions, which was better than other proposals he'd discussed with Macron, which is..."

Pg. 34, first full paragraph – Ships name was Stena Impero not Steno

Pg. 34, bottom/carryover paragraph, 3rd sentence – Delete quotation marks and last two words so it reads "was maximum resistance to maximum pressure."

Pg. 36, 3rd full paragraph, 1st sentence – Delete 20th, 21st, and 23rd words and replace 23rd word with "description" so it reads "he touches [a description I was required…"

Pg. 37, 2nd full paragraph, 1st sentence – Citation doesn't say both countries listed supported, said one country was neutral. Rewrite to say, "which had almost no support."

Pg. 37, bottom/carryover paragraph, 3rd sentence – Delete 17th and 18th words so it reads "strikes in Syria the night…"

Pg. 38, 3rd full paragraph, 1st sentence – add "on" to "as well as on Iran"

Pg. 38, bottom/carryover paragraph, 1st sentence – Delete last one and replace with "operation."

Pg. 39, 1st full paragraph, 3rd sentence – Add "(that's my recollection)" after "weasel,"

### Chapter 13

Chapter Title – Replace 5th word with "Mission" throughout

Pg. 1, 1st paragraph, 3rd sentence – Delete 27th-31st words and replace with "(2) remaining vigilant with respect to the nuclear…"

Pg. 1, 1st paragraph, 4th sentence – Delete last 5 words and replace with "to pursue in early 2019" AND add a footnote here that explains the situation "Note: In February/March 2020, the United States signed an agreement with the Taliban but what follows in this chapter is the policy debate while I was APNSA in 2019. I don't know or have any knowledge of what was in that signed 2020 agreement other than press reports."

Pg. 1, 2nd full paragraph, 9th sentence – Add "the" before "Taliban"

Pg. 1, Footnote 1 – "form" should be "for"

Pg. 2, 2nd full paragraph, 1st sentence – Delete 18th-21st words so it reads "wherewithal now that Taliban…"

Pg. 2, 2nd full paragraph, 4th sentence – Delete 8th-13th words and end sentence at "perfect." Then, add "The killing of opposition" to begin new sentence and delete 15th-16th words and replace with "often makes" so it reads "was actually perfect. The killing of opposition leaders often makes…"

Pg. 2, 2nd full paragraph, 7th sentence – Delete 36th word and replace with "resources" so it reads "reduced resources, even…"

Pg. 2, bottom/carryover paragraph – Rewrite first few sentences to say "Dunford further explained the need to maintain a CT presence for the broader region. As he launched into his charts and slides, Trump said, "there are…"

Pg. 3, 1st full paragraph, 1st sentence – Delete 10th word so it reads "cost reductions the CT…"

Pg. 3, 1st full paragraph, 6th sentence – Delete 47th word and replace with "he said the" so it reads "foreign aid, as he said the President of…"

Pg. 4, top/carryover paragraph, 1st full sentence – Delete last 24 words and replace with "what I considered to be our objectives: ensuring a resurgence of terrorism did not occur and remaining vigilant with respect to Iran and Pakistan."

Pg. 4, 2nd full paragraph – "Principal" should be "principle"

Pg. 5, 1st full paragraph, 3rd sentence – Add "DOD learned" after "July 1," so it reads "By July 1, DOD learned Khalilzad…"

Pg. 5, 1st full paragraph – Add comma after "animated" and delete extra period at end of paragraph.

Pg. 5, 2nd full paragraph, 3rd sentence – Delete 27th and 28th words and replace with "support" AND delete 30th-43rd words and replace with "capabilities" so it reads, "Trump to support counter-terrorism capabilities essentially without…"

Pg. 5, 2nd full paragraph, 4th sentence – Delete last 5 words and replace with "in support of CT capabilities."

Pg. 5, 2nd full paragraph, 6th sentence – Delete 5th and 6th words and delete 11th-18th words so it reads "explain all this to Taliban was obviously…"

Pg. 6, top/carryover paragraph, 5th sentence – Delete 24th word and replace with "I and many others believed would have" so it reads "produced a result I and many others believed would have severe..."

Pg. 6, 2nd full paragraph, 6th sentence – Delete 26th word and replace with "supporting" AND delete last 8 words of the sentence so it reads "same time supporting a CT capability."

Pg. 6, 2nd full paragraph – "hm" should be "him"

Pg. 7, 1st full paragraph, last sentence – Delete 24th-27th words so it reads, "keep me happy," a point he..."

Pg. 7, 2nd full paragraph, 5th sentence – Rewrite to remove quotes – "...Merkel asked him what he was going to do about Ukraine, to which Trump replied..."

Pg. 8, 2nd full paragraph, 9th sentence – Delete 6th and 7th words so it reads "back to Fort Trump..."

Pg. 8, 3rd full paragraph, 5th sentence – Delete 11th-14th word, capitalize "Tank" and end sentence after "stop there" AND delete 25th word, AND delete 27th and 28th words and replace with "again pushed for" AND delete 32nd-34th words, so it reads "resource levels in the Tank briefing (discussed above), and just stop there. Pompeo again pushed for a commitment to zero in the agreement..."

Pg. 9, 2nd full paragraph, 5th sentence – Delete 8th-20th words AND delete 30th word and replace with "would be" so it reads "reduce forces without any deal (albeit unhappily because while those levels would be the best..."

Pg. 9, 3rd full paragraph, 4th sentence – Delete 13th-17th words so it reads "CT capability and then..."

Pg. 10, top/carryover paragraph, 1st and 2nd full sentences – Delete last 21 words of the sentence and first 8 words of next sentence so it reads "conditions based' language somewhere out in the weeds."

Pg. 10, 2nd full paragraph, 2nd sentence – Delete 20th-26th words so it reads "coalition forces, and then wait..."

Pg. 10, 2nd full paragraph, last sentence – Add "I thought" after "because" so it reads "largely because I thought Taliban wouldn't"

Pg. 12 – last paragraph – "unknow" should be "unknown"

Pg. 13, 2nd full paragraph, 4th sentence – Delete last 13 words so the sentence ends with "signed an agreement."

Pg. 13, last paragraph – "f8ull" should be "full"

Chapter 14

Pg. 2, 1st full paragraph, 2nd sentence – Delete all quotation marks

Pg. 3, 2nd full paragraph, 3rd sentence – Delete 3rd word and replace with "information" AND delete 17th word and replace with "information" so it reads "The initial information was... but later information..."

Pg. 3, last paragraph – "were" should be "was" in "if Russia was entirely" *signature*

Pg. 4, 1st full paragraph, 3rd sentence – Delete first 11 words and replace with "Hecker speculated Poroshenko could now campaign as a strong anti-Russia candidate, noting that the..."

Pg. 4, 1st full paragraph, 6th sentence – Delete 2nd word and replace with "likely" so it reads "Germany likely opposed postponing..." *there was nothing "likely" about it*

Pg. 4, 2nd full paragraph – "Saudi Arabi" should be "Arabia"

Pg. 5, top/carryover paragraph, last two sentences – Rewrite to remove quotes – "when she asked him what he was going to do about Ukraine, to which he replied, "Angela..."

Pg. 5, 3rd full paragraph, last sentence – Rewrite to remove quotes – "Even though he had no doubt I already knew the Russian position, he then repeated it to me at some length."

Pg. 6, top/carryover paragraph, 4th sentence – Rewrite to remove quotes – "to Trump, namely that because of the illegal...a criminal case had been launched and investigative actions had been launched."

Pg. 6, top/carryover paragraph, 6th sentence – Add "the Russians claimed" after "crew," and combine with next sentence so it reads, "provided by the crew, the Russians claimed it was a military provocation, and the operation..."

Pg. 6, top/carryover paragraph, 8th sentence – Rewrite to remove quotes – "Therefore, in accordance with their legal...formalities were being initiated, so release..."

Pg. 6, top/carryover paragraph – Delete last 3 sentences and replace with "He then made an analogy to our Southern border and lectured me on recent U.S. actions on the Mexican border, and more."

Pg. 6, 2nd full paragraph – In sentence that begins, "In a later Trump-Merkel bilateral," replace quoted text with, "Trump insinuated that perhaps a Ukrainian President sympathetic to Russia could help avoid World War III."

Pg. 9, bottom/carryover paragraph, 6th sentence – Add "and" after "career," to read "television career, and he had..." and end sentence at "contacts there." Start next sentence should read (to remove quotes) "However, Putin added he had yet to manifest himself (unclear to me what that meant), and Putin had not yet spoken with him because Putin claimed there wasn't a final result in the election and therefore Zelensky was not yet president." Then continue with your sentence "Whether Putin..."

Pg. 12, 1st full paragraph, 8th and 9th sentences – Delete and replace with "Macron (who met with Zelensky on June 6) and Merkel both seemed to be warming to Zelensky by the time of the G-20 in Osaka." Then go to your last sentence, "However, based on Trump's..."

Pg. 13, 1st full paragraph, 2nd sentence – Add citation for the reason he resigned OR delete this part.

Pg. 17, 1st full paragraph, 1st sentence – Add "it seemed" OR "my assessment was that" after "At the G-7," so it reads "After the G-7, it seemed France and Germany..."

Pg. 17, bottom/carryover paragraph, 6th sentence – Delete and rewrite to remove quotes – "assistance. He and I discussed the need to change the culture of Ukraine's military, and Khomchak expressed his desire for English-language training. He was ready to conduct necessary reform, but he was also very worried about..."

Pg. 17, bottom/carryover paragraph, 9th sentence – Delete 15th word and replace with "the region" so it reads "strength in the region, which would..."

Pg. 19, top/carryover paragraph, 1st partial sentence – Add a citation for the number of reform bills.

Pg. 19, top/carryover paragraph, 2nd sentence – Rewrite to remove quotes – "Zelensky emphasized that the time for promises was over and it was not time to implement new policies."

Pg. 19, 1st full paragraph, 2nd sentence – Remove quotation marks

Pg. 23, top/carryover paragraph, 2nd full sentence – Delete 12th-19th words and replace with "mimicking" so it reads "purposes, mimicking my predecessors." *mimicking is a pejorative word*

Pg. 23, top/carryover paragraph, penultimate sentence – Add a close quotation after "leave"

**End of List**