AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 20-cv-1580 (RCL) |
| JOHN R. BOLTON | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
The Reporters Committee for Freedom of the Press, the Association of American Publishers, Inc., Dow Jones & Company, Inc., The New York Times Company, and The Washington Post.

Date:  June 19, 2020

*Attorney's signature*

KatieLynn Townsend (Bar No. 1026115)
*Printed name and bar number*

Reporters Committee for Freedom of the Press
1156 15th Street NW, Suite 1020
Washington, DC 20005
*Address*

ktownsend@rcfp.org
*E-mail address*

202.795.9300
*Telephone number*

202.795.9310
*FAX number*