AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-1580-RCL |
| JOHN R. BOLTON | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PEN American Center, Inc.                                            .

Date:   06/19/2020                                        s/ Theodore J. Boutrous, Jr.
                                                                                *Attorney's signature*

                                                          Theodore J. Boutrous, Jr. (D.C. Bar 420440)
                                                                         *Printed name and bar number*

                                                                   Gibson, Dunn & Crutcher LLP
                                                                      333 South Grand Avenue
                                                                        Los Angeles, CA  90071

                                                                                    *Address*

                                                                    tboutrous@gibsondunn.com
                                                                                *E-mail address*

                                                                              (213) 229-7000
                                                                             *Telephone number*

                                                                              (213) 229-7520
                                                                                 *FAX number*