UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JOHN R. BOLTON,

        Defendant.

No. 1: 20-cv-1580 (RCL)

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR AMICI
AMERICAN CIVIL LIBERTIES UNION,
AMERICAN CIVIL LIBERTIES UNION OF THE DISTRICT OF COLUMBIA,
AND KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY**

The Clerk will please note the appearance of the undersigned as additional counsel for the American Civil Liberties Union, the American Civil Liberties Union of the District of Columbia, and the Knight First Amendment Institute at Columbia University, as *amici curiae*.

/s/ *Arthur B. Spitzer*
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union
  of the District of Columbia
915 15th Street, NW – 2nd floor
Washington, DC 20005
Tel. (202) 601-4266
aspitzer@acludc.org

June 19, 2020