**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOHN R. BOLTON, <br><br> Defendant. | Case No. 1:20-cv-1580-RCL |

**[PROPOSED] ORDER**

*[6/19]*

Upon consideration of the Motion of PEN American Center, Inc. For Leave To File Brief As *Amicus Curiae* In Support Of Defendant (the "Motion"), it is hereby

ORDERED that the Motion is granted, and further

ORDERED that the proposed Brief Of PEN American Center, Inc. As *Amicus Curiae* In Support Of Defendant is deemed filed in the above-captioned action.

Dated: __June 19__, 2020          _____
                                                                    U.S. District Judge