# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN R. BOLTON,<br><br>    Defendant. | Case No. 20-cv-1580 (RCL) |

## [~~PROPOSED~~] ORDER

Upon consideration of the Motion for Leave to File Brief of the Reporters Committee for Freedom of the Press, the Association of American Publishers, Inc., Dow Jones & Company, Inc., The New York Times Company, and The Washington Post as Amici Curiae Supporting Defendant's Opposition to Plaintiff's Emergency Application for a Temporary Restraining Order and Motion for Preliminary Injunction, it is hereby

ORDERED that the Motion is granted, and further

ORDERED that the brief of the Reporters Committee for Freedom of the Press, the Association of American Publishers, Inc., Dow Jones & Company, Inc., The New York Times Company, and The Washington Post as Amici Curiae Supporting Defendant's Opposition to Plaintiff's Emergency Application for a Temporary Restraining Order and Motion for Preliminary Injunction is hereby deemed filed in the above-captioned action.

Date: 6/19/20

                       Royce C. Lamberth
                       U.S.D.J.