**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>JOHN R. BOLTON,<br><br>  Defendant. | No. 20-1580 (RCL) |

**[~~PROPOSED~~] ORDER**
*[13]*

Upon consideration of the Motion for Leave to File Brief Amici Curiae in Support of Defendant's Opposition to the Government's Emergency Application for a Temporary Restraining Order and Motion for Preliminary Injunction, it is hereby

ORDERED that the Motion is granted, and further

ORDERED that the brief of the American Civil Liberties Union, the American Civil Liberties Union of the District of Columbia, and the Knight First Amendment Institute at Columbia University as Amici Curiae in Support of Defendant's Opposition to the Government's Emergency Application for a Temporary Restraining Order and Motion for Preliminary Injunction is hereby deemed filed in the above-captioned action.

Dated: 6/19/20

_____
Hon. Royce C. Lamberth
United States District Judge