IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br>v.<br><br>JOHN R. BOLTON,<br><br>          Defendant. | Civil Action No. 20-1580-RCL |

**[PROPOSED] ORDER REGARDING DEFENDANT'S MOTION FOR ACCESS TO CLASSIFIED HEARING AND MATERIALS**

Before this Court is Defendant's motion for access to classified hearing and materials. Upon consideration of the motion, the briefing in support and opposition to the motion, and all other parts of the record, Defendant's motion is **GRANTED.** Defendant and his counsel, Charles J. Cooper and Michael W. Kirk, shall be permitted to review the Government's classified submissions to this Court under the same procedures governing this Court's review of those documents, and Defendant and his aforementioned counsel shall be permitted to participate in any classified hearings in this case.

Dated:_____

                                                _____
                                                HONORABLE ROYCE C. LAMBERTH
                                                United States District Court Judge