UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 20-1580 (RCL) |
| JOHN R. BOLTON, | ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF LODGING CLASSIFIED DOCUMENT

Plaintiff, the United States of America, by and through its attorneys, respectfully provides notice that on this date counsel for the United States lodged for secure storage with the U.S. Department of Justice Litigation Security Group the classified attachment to the June 16, 2020, letter from Michael J. Ellis to John R. Bolton, which attachment consists of a copy of Mr. Bolton's manuscript with notations identifying passages that appear to contain classified information.[1]

This document, which can be made available to the Court by a Classified Information Security Officer for its *ex parte* review *in camera,* is submitted in support of the United States' Emergency Application for Temporary Restraining Order and Motion for Preliminary Injunction filed on Wednesday, June 17, 2020 (ECF No. 3).

\*   \*   \*

---

[1] The United States previously submitted a copy of the letter without the attached manuscript, which letter itself is unclassified, as Exhibit M to the United States' Emergency Application for Temporary Restraining Order and Motion for Preliminary Injunction. *See* ECF No. 3-18.

- 2 -

Dated:  June 19, 2020                    Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

MICHAEL SHERWIN
Acting United States Attorney

ETHAN P. DAVIS
Principal Deputy Assistant Attorney General

DAVID M. MORRELL
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director
Federal Programs Branch

    */s/ Daniel F. Van Horn*
Daniel F. Van Horn (D.C. Bar. No. 924092)
Assistant United States Attorney
555 Fourth Street N.W., Room E4226,
Washington, D.C. 20530
Tel: 202-252-2506
Email: daniel.vanhorn@usdoj.gov

    */s/ Michael J. Gerardi*
Michael J. Gerardi (D.C. Bar No. 1017949)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 11514
Washington, D.C. 20005
Tel: (202) 616-0680
Fax: (202) 616-8460
E-mail: michael.j.gerardi@usdoj.gov

*Counsel for Plaintiff*