# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>v.<br><br>JOHN R. BOLTON,<br><br>                        Defendant. | **Case No. 20-cv-1580 (RCL)** |

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for amici curiae the Reporters Committee for Freedom of the Press, the Association of American Publishers, Inc., Dow Jones & Company, Inc., The New York Times Company, and The Washington Post certify that to the best of my knowledge and belief:

1. The Reporters Committee for Freedom of the Press is an unincorporated association of reporters and editors with no parent corporation and no stock.

2. The Association of American Publishers, Inc. ("AAP") is a nonprofit organization that has no parent and issues no stock.

3. Dow Jones & Company, Inc. ("Dow Jones") is an indirect subsidiary of News Corporation, a publicly held company. Ruby Newco, LLC, an indirect subsidiary of News Corporation and a non-publicly held company, is the direct parent of Dow Jones. News Preferred Holdings, Inc., a subsidiary of News Corporation, is the direct parent of Ruby Newco,

LLC.  No publicly traded corporation currently owns ten percent or more of the stock of Dow Jones.

4.  The New York Times Company is a publicly traded company and has no affiliates or subsidiaries that are publicly owned. No publicly held company owns 10% or more of its stock.

5. WP Company LLC d/b/a The Washington Post is a wholly-owned subsidiary of Nash Holdings LLC, a holding company owned by Jeffrey P. Bezos. WP Company LLC and Nash Holdings LLC are both privately held companies with no securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: June 19, 2020                               Respectfully submitted,

/s/ Bruce D. Brown
BRUCE D. BROWN
DC Bar No. 457317
bbrown@rcfp.org
  *Counsel of Record for Amici Curiae*
REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, DC 20005
Telephone: 202.795.9300