UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 20-1580 (RCL) |
| JOHN R. BOLTON, | ) ) | |
| Defendant. | ) ) | |

**PLAINTIFF'S OPPOSITION TO MOTION FOR ACCESS
TO CLASSIFIED HEARING AND MATERIALS**

Defendant moved the Court for "access to the classified declarations filed by the Government . . . and to permit [Defendant] and his counsel to participate in any classified hearings this Court holds." ECF No. 25 at 1. With respect to the Government's Emergency Application for Temporary Restraining Order and Motion for Preliminary Injunction ("Application"), the motion is now moot. The Court held an *in camera*, *ex parte* hearing regarding the classified evidence presented in support of the Application, and issued a ruling. ECF No. 27. At just two pages in length, Defendant's motion is not a serious effort to litigate all of the complicated legal questions arising from access to classified information by litigants and their counsel. Moreover, at this early stage of proceedings, it is not necessarily the case that the Court will have to resolve the factual question of whether Defendant's manuscript contains classified information in order to reach a conclusion on the merits of the Government's claims. Therefore, as it relates to the Government's Application, the Court should deny the motion as moot, and otherwise deny the motion without prejudice to reserve this issue for a more appropriate juncture in the case, if necessary.

| | |
|---|---|
| Dated: June 23, 2020 | Respectfully submitted, |
| | JOSEPH H. HUNT<br>Assistant Attorney General |
| | MICHAEL SHERWIN<br>Acting United States Attorney |
| | ETHAN P. DAVIS<br>Principal Deputy Assistant Attorney General |
| | DAVID M. MORRELL<br>Deputy Assistant Attorney General |
| | ALEXANDER K. HAAS<br>Director<br>Federal Programs Branch |
| | */s/ Daniel F. Van Horn*<br>Daniel F. Van Horn (D.C. Bar. No. 924092)<br>Assistant United States Attorney<br>555 Fourth Street N.W., Room E4226,<br>Washington, D.C. 20530<br>Tel: 202-252-2506<br>Email: daniel.vanhorn@usdoj.gov |
| | */s/ Michael J. Gerardi*<br>Michael J. Gerardi (D.C. Bar No. 1017949)<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street NW, Room 11514<br>Washington, D.C. 20005<br>Tel: (202) 616-0680<br>Fax: (202) 616-8460<br>E-mail: michael.j.gerardi@usdoj.gov |
| | *Counsel for Plaintiff* |