UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 20-1580 (RCL) |
| JOHN R. BOLTON, | ) ) | |
| Defendant. | ) ) ) | |

**PLAINTIFF'S NOTICE REGARDING DEFENDANT'S MOTION TO DISMISS**

By and through its undersigned counsel, Plaintiff the United States of America respectfully files this Notice regarding Defendant's still-pending motion to dismiss, which both parties now recognize is moot and to which Plaintiff respectfully submits no response is required.

Defendant filed a motion to dismiss Plaintiff's complaint on June 18, 2020. *See* ECF No. 8. The United States amended its complaint the next day. *See* ECF No. 18. Pursuant to Local Civil Rule 7(b), Plaintiff's opposition to Defendant's motion would be due within fourteen days, or on July 2, 2020. However, "[w]hen a plaintiff files an amended complaint as of right within 21 days after the filing of the motion to dismiss under Rule 12(b) . . . the amended complaint becomes the operative pleading, and any pending motion to dismiss becomes moot." *Barnes v. District of Columbia*, 42 F. Supp. 3d 111, 117 (D.D.C. 2014) (internal citations omitted); *see also Johnson v. Panetta*, 953 F. Supp. 2d 244, 251 (D.D.C. 2013) (same); *Gray v. D.C. Pub. Sch.*, 688 F. Supp. 2d 1, 6 (D.D.C. 2010) (same).

Counsel for the Plaintiff asked counsel for the Defendant to confirm this understanding. Defense counsel responded by email on June 25, 2020 that "[w]e agree that the currently pending motion to dismiss the original complaint has been rendered moot by the filing of the amended

complaint." Accordingly, in light of the fact that Defendant's motion to dismiss is moot, Plaintiff does not intend to file a substantive opposition absent further direction by the Court.

Dated:  June 26, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

MICHAEL SHERWIN
Acting United States Attorney

ETHAN P. DAVIS
Principal Deputy Assistant Attorney General

DAVID M. MORRELL
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director
Federal Programs Branch

*/s/ Daniel F. Van Horn*
Daniel F. Van Horn (D.C. Bar. No. 924092)
Assistant United States Attorney
555 Fourth Street N.W., Room E4226,
Washington, D.C. 20530
Tel: 202-252-2506
Email: daniel.vanhorn@usdoj.gov

*/s/ Michael J. Gerardi*
Michael J. Gerardi (D.C. Bar No. 1017949)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 11514
Washington, D.C. 20005
Tel: (202) 616-0680
Fax: (202) 616-8460
E-mail: michael.j.gerardi@usdoj.gov

*Counsel for the United States of America*