IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE UNITED STATES OF AMERICA,

           Plaintiff,

v.

JOHN R. BOLTON,

           Defendant.

Civil Action No. 20-1580-RCL

## [PROPOSED] ORDER

Pending before the Court is Defendant's motion for a one-week extension of time within which to file a pleading or motion responding to Plaintiff's Amended Complaint. The United States opposes the Motion. Upon consideration of the motion, and for good cause shown, Defendant's motion is **GRANTED.** Defendant's responsive pleading or motion shall be filed on or before July 16, 2020.

**SO ORDERED.**

Dated: 7/2/2020

_____
HONORABLE ROYCE C. LAMBERTH
United States District Court Judge