# EXHIBIT 1

No. 20-1580-RCL

NATIONAL SECURITY COUNCIL
WASHINGTON, D.C. 20504

June 16, 2020

John R. Bolton
9107 Fernwood Road
Bethesda, Maryland 20817

SENT VIA HAND DELIVERY

Dear Mr. Bolton:

As you know, the pre-publication review process for your manuscript remains ongoing. To further that process, enclosed is a copy of the latest version of your manuscript with redactions identifying passages that, based on my initial review, appear to contain classified information.

As you and your counsel have been repeatedly informed, your manuscript in its current form is still not approved for public release and will not be approved until the pre-publication review process is complete. The manuscript still contains classified information. The review process required by the agreements you signed has not been completed. Dissemination of this manuscript in its current form would constitute a breach of your nondisclosure agreements and laws governing access to classified information and could have serious legal consequences.

I am available to meet with you to discuss the removal of classified information from the manuscript.

Sincerely,

Michael J. Ellis
Deputy Assistant to the President and
    Senior Director for Intelligence Programs

cc: Charles J. Cooper, Esq. (by email, w/o enclosure)