**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>v.<br><br>JOHN R. BOLTON,<br><br>                    Defendant. | Civil Action No. 20-1580-RCL |

**MOTION FOR EXTENSION OF TIME**

      Defendant John R. Bolton respectfully moves the Court for a one-week extension of time within which to file a Reply in support of his Motion to Dismiss the Amended Complaint. Defendant filed the Motion to Dismiss on July 16, 2020, and the Government's brief in opposition is due on July 31. Under LCvR 7(d), Ambassador Bolton's Reply is currently due on August 7. Defendant seeks an additional week, until and including August 14, to file his reply brief. Pursuant to LCvR 7(m), Defendant's counsel states that he reached out to counsel for the United States, Mr. Morrell, to notify him of our intent to make the instant request, but Mr. Morrell has not responded with the United States' position on the motion. In support of his request, Defendant states as follows:

      1.      Defendants' counsel continue to be consumed with a variety of pressing obligations in other matters. Mr. Cooper and Mr. Ohlendorf are also counsel of record for the plaintiffs in *Cruz v. FEC*, No. 19-908 (D.D.C.), an expedited Bipartisan Campaign Reform Act challenge pending before Judges Rao, Mehta, and Kelly, and they are currently engaged in preparing a combined reply supporting the plaintiffs' motion for summary judgment and opposition to the defendants' cross-motion, which is due on August 11. Mr. Cooper also represents the Defendant-Appellant in *Jones v. DeSantis*, No. 20-12003 (11th Cir.), which is now pending before the en banc Eleventh

Circuit, and he will be additionally engaged in the coming weeks assisting in the preparation of the Appellant's reply brief before the en banc court, which is due on August 10. Mr. Cooper and Mr. Kirk are also heavily involved in time-sensitive preliminary-injunction proceedings in *McCarthy v. Pelosi*, No. 20-cv-1395 (D.D.C), which is pending before Judge Contreras, as well as ongoing, time-sensitive preliminary-injunction proceedings in *Immigrant Legal Resource Center Freedom for Immigrants v. McFarland*, 20-cv-966 (S.D. Cal.).

2. In addition, Mr. Kirk and Mr. Ohlendorf will both be out-of-town on long-scheduled summer vacations during the week of August 3rd.

3. Plaintiff has offered no reason to deny the requested one-week extension, and it does not appear that Plaintiff would be prejudiced if the extension is granted, since Plaintiff's request for injunctive relief is no longer pending, and since the monetary remedies the Government has prayed will adequately protect its interests from any conceivable harm it might suffer because of a one-week delay.

4. Given Counsel's commitments over the coming weeks and the lack of any apparent prejudice to Plaintiff, Defendant submits that there is good cause for a modest, one-week extension of the deadline for his reply brief.

July 30, 2020

Respectfully submitted,

/s/ Charles J. Cooper
Charles J. Cooper, Bar No. 248070
Michael W. Kirk, Bar No. 424648
John D. Ohlendorf, Bar No. 1024544

COOPER & KIRK, PLLC
1523 New Hampshire Avenue, NW
Washington, DC  20036
Telephone: (202) 220-9600
Facsimile: (202) 220-9601
Email: ccooper@cooperkirk.com

*Counsel for Defendant John R. Bolton*