IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE UNITED STATES OF AMERICA,

            Plaintiff,

v.

JOHN R. BOLTON,

            Defendant.

Civil Action No. 20-1580-RCL

## [~~PROPOSED~~] ORDER

Pending before the Court is Defendant's motion for a one-week extension of time within which to file the Reply in support of his Motion to Dismiss. Upon consideration of the motion, and for good cause shown, Defendant's motion is **GRANTED.** Defendant's Reply shall be filed on or before August 14, 2020.

**SO ORDERED.**

Dated: 7/31/20

HONORABLE ROYCE C. LAMBERTH
United States District Court Judge