IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>v.<br><br>JOHN R. BOLTON,<br><br>      Defendant. | Civil Action No. 20-1580-RCL |

**JOINT MOTION FOR EXTENSION OF TIME**

The Parties respectfully move the Court for an extension of the briefing schedule for Plaintiff's July 30, 2020 Cross-Motion for Summary Judgment. The Parties jointly state as follows:

1. Defendant moved to dismiss the Government's amended complaint on July 16, and on July 30 the Government filed a brief in opposition to that motion and a cross-motion for summary judgment. Pursuant to the extension granted by the Court on July 31, Ambassador Bolton will file a Reply in support of his Motion to Dismiss on August 14. Under LCvR 7(d), Ambassador Bolton's response to the Government's cross-motion is currently due on August 13, and the United States' Reply is currently due on August 20.

2. The Parties jointly request the Court to extend the deadlines for the response and reply to Plaintiff's cross-motion by one week each, as follows:

  a. Defendant's response to the Cross-Motion for Summary Judgment: due on August 20, 2020;

  b. Plaintiff's reply in support of its Cross-Motion for Summary Judgment: due on September 3, 2020.

1

3.      Given their commitments in other matters over the coming weeks and their mutual agreement to the proposed deadlines, the Parties submit that there is good cause for the requested extensions. A proposed order is enclosed for the Court's consideration.

| | |
|---|---|
| August 1, 2020 | Respectfully submitted, |
| ETHAN P. DAVIS<br>Acting Assistant Attorney General | /s/ Charles J. Cooper<br>Charles J. Cooper, Bar No. 248070<br>Michael W. Kirk, Bar No. 424648 |
| MICHAEL SHERWIN<br>Acting United States Attorney | John D. Ohlendorf, Bar No. 1024544 |
| DAVID M. MORRELL<br>Deputy Assistant Attorney General | COOPER & KIRK, PLLC<br>1523 New Hampshire Avenue, NW<br>Washington, DC 20036<br>Telephone: (202) 220-9600 |
| ALEXANDER K. HAAS<br>Director<br>Federal Programs Branch | Facsimile: (202) 220-9601<br>Email: ccooper@cooperkirk.com |
| | *Counsel for Defendant* |
| */s/ Daniel F. Van Horn*<br>Daniel F. Van Horn (D.C. Bar. No. 924092)<br>Assistant United States Attorney<br>555 Fourth Street N.W.<br>Washington, D.C. 20530<br>Tel: (202) 252-2506<br>Email: daniel.vanhorn@usdoj.gov | |
| */s/ Michael J. Gerardi*<br>Michael J. Gerardi (D.C. Bar No. 1017949)<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street NW, Room 11514<br>Washington, D.C. 20005<br>Tel: (202) 616-0680<br>Fax: (202) 616-8460<br>E-mail: michael.j.gerardi@usdoj.gov | |
| *Counsel for Plaintiff* | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br>v.<br><br>JOHN R. BOLTON,<br><br>           Defendant. | Civil Action No. 20-1580-RCL |

### [PROPOSED] ORDER

Pending before the Court is the Parties' joint motion for an extension of the briefing schedule on Plaintiff's Cross-Motion for Summary Judgment. Upon consideration of the motion, for good cause shown and in light of the Parties' agreement, the motion is **GRANTED.** Defendant's response to Plaintiff's Cross-Motion shall be filed on or before August 20, 2020. Plaintiff's reply in support of its Cross-Motion shall be filed on or before September 3.

**SO ORDERED.**

Dated:_____                    _____
                                           HONORABLE ROYCE C. LAMBERTH
                                           United States District Court Judge