IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>JOHN R. BOLTON,<br><br>                    Defendant. | Civil Action No. 20-1580-RCL |

## [PROPOSED] ORDER

Pending before the Court is the Parties' joint motion for an extension of the briefing schedule on Plaintiff's Cross-Motion for Summary Judgment. Upon consideration of the motion, for good cause shown and in light of the Parties' agreement, the motion is **GRANTED.** Defendant's response to Plaintiff's Cross-Motion shall be filed on or before August 20, 2020. Plaintiff's reply in support of its Cross-Motion shall be filed on or before September 3.

**SO ORDERED.**

Dated: 8/3/20

_____
HONORABLE ROYCE C. LAMBERTH
United States District Court Judge