**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>v.<br><br>JOHN R. BOLTON,<br><br>　　　　　　Defendant. | Civil Action No. 20-1580-RCL |

**[PROPOSED] ORDER**

Pending before the Court are Plaintiff's July 30, 2020 motion for summary judgment and Defendant's August 20 motion to defer consideration of that motion, pursuant to FED. R. CIV. P. 56(d). Upon consideration of the motions, the briefing in support and opposition, and all other parts of the record, Defendant's FED. R. CIV. P. 56(d) motion is **GRANTED.** All proceedings on and consideration of Plaintiff's motion for summary judgment are hereby **DEFERRED** until the close of discovery in this matter.

　　**SO ORDERED.**


Dated:_____　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HONORABLE ROYCE C. LAMBERTH
　　　　　　　　　　　　　　　　　　　United States District Court Judge