IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:20-cv-1580-RCL |
| ) | |
| JOHN R. BOLTON, ) | |
| ) | |
| Defendant, ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Undersigned counsel, David Morrell, hereby withdraws his appearance on behalf of the Plaintiff in the above-captioned case. Mr. Morrell is leaving the Department of Justice on September 11, 2020, and will no longer have responsibility for this case. Plaintiff will continue to be represented by other attorneys at the Department of Justice whose names appear in the Government's pleadings and briefs in this matter.

Dated: September 11, 2020        Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

MICHAEL SHERWIN
Acting United States Attorney

ALEXANDER K. HAAS
Director
Federal Programs Branch

  */s/ David M. Morrell*
David M. Morrell (D.C. Bar No. 1013411)

Deputy Assistant Attorney General
United States Department of Justice
Civil Division
950 Pennsylvania Ave., NW
Washington, D.C. 20530
Tel: (202) 353-2793
Fax: (202) 305-8470
E-mail: david.m.morrell@usdoj.gov

*Counsel for Plaintiff*