# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN R. BOLTON )<br>)<br>Defendant. )<br>) | Civil Action No. 20-1580 (RCL) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Jennifer B. Dickey, Deputy Associate Attorney General, on behalf of the United States of America. Ms. Dickey will argue on behalf of the United States at the hearing on pending motions noticed next Thursday, September 24, 2020. Jennifer B. Dickey is admitted or otherwise authorized to practice in this court.

Dated: September 17, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

MICHAEL SHERWIN
Acting United States Attorney

ALEXANDER K. HAAS
Director, Federal Programs Branch

  /s/ Jennifer B. Dickey
JENNIFER B. DICKEY (D.C. Bar No. 1017247)
Deputy Associate Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Telephone: (202) 514-0124
Facsimile: (202) 514-0238
E-mail: Jennifer.B.Dickey@usdoj.gov

*Counsel for Plaintiff*