IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br>v.<br><br>JOHN R. BOLTON,<br><br>               Defendant. | Civil Action No. 20-1580-RCL |

**DEFENDANT'S NOTICE OF FILING IN SUPPORT OF PENDING MOTIONS TO DISMISS AND TO DEFER CONSIDERATION OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56(d)**

Defendant John R. Bolton respectfully submits this notice of filing to provide the Court with a letter, submitted at 10:34 last night to both parties, from Kenneth L. Wainstein, counsel to Ms. Ellen Knight, the former Senior Director for Records Access and Information Security Management at the National Security Council ("NSC"), the NSC official who, with the assistance of her staff, conducted the pre-publication review of Ambassador Bolton's book. The letter describes the review conducted by Ms. Knight and her team, it provides an overview of the basis for their conclusion that the book as published does not contain any classified information, it sets forth an explanation for why the second review of the book conducted by Michael Ellis was "fundamental[ly] flaw[ed]," and it provides a detailed description of "the extraordinary actions taken by the NSC Legal and the Office of the White House Counsel after Ms. Knight notified them that her staff's review was complete and that the manuscript was ready for clearance." Letter of Kenneth L. Wainstein to Counsel for the Parties at 3, 12 (Sept. 22, 2020). A copy of the letter is attached as Exhibit A.

Counsel for Ambassador Bolton are still studying the Wainstein Letter to fully assess its implications for this lawsuit, but in view of the pending hearing tomorrow, thought it important to provide the letter to the Court as soon as possible.

September 23, 2020                                          Respectfully submitted,

<u>/s/ Charles J. Cooper</u>
Charles J. Cooper, Bar No. 248070
Michael W. Kirk, Bar No. 424648
John D. Ohlendorf, Bar No. 1024544

COOPER & KIRK, PLLC
1523 New Hampshire Avenue, NW
Washington, DC  20036
Telephone: (202) 220-9600
Facsimile: (202) 220-9601
Email: ccooper@cooperkirk.com

*Counsel for Defendant John R. Bolton*