UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    *Plaintiffs,*

v.

JOHN R. BOLTON,

    *Defendant.*

Case No. 1:20-cv-1580-RCL

## ORDER

Before the Court is defendant John Bolton's Rule 12(b)(6) motion [40] to dismiss the amended complaint. Upon consideration of the motion, the parties' briefs and arguments raised at the September 24, 2020 motion hearing, and the amended complaint, the Court **DENIES** the motion to dismiss.

Bolton's answer is due within fourteen days. Fed. R. Civ. P. 12(a)(4)(A).

In addition to responding to the motion to dismiss, the government moved for summary judgment, ECF No. 44, and Bolton, in turn, sought to delay consideration of the summary judgment motion under Rule 56(d), ECF No. 49. Those motions remain pending, and the Court will rule on them expeditiously.

Accordingly, after Bolton files his answer, the Court will issue an order setting a deadline for proposing a scheduling order and requiring the parties to meet and confer on a set of topics, including those described in Local Rule 16.3(c). Until the Court issues that order, the parties need not confer under Rule 26(f) and Local Rule 16.3(a). *See* Fed. R. Civ. P. 26(f)(1) (authorizing court to exempt parties from obligation to conduct discovery conference "as soon as practicable").

**IT IS SO ORDERED.**

Date: 10/1/20

Royce C. Lamberth
United States District Judge