# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:20-cv-1580-RCL |
| ) | |
| JOHN R. BOLTON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Undersigned counsel, Jennifer B. Dickey, hereby withdraws her appearance on behalf of Plaintiff in the above-captioned case. Ms. Dickey is leaving the Department of Justice on January 15, 2021, and will no longer have responsibility for this case. Plaintiff will continue to be represented by other attorneys at the Department of Justice whose names appear in the Government's pleading sand briefs in this matter.

Dated: January 11, 2021          Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

MICHAEL SHERWIN
Acting United States Attorney

ALEXANDER K. HAAS
Director
Federal Programs Branch

/s/ Jennifer B. Dickey

Jennifer B. Dickey (D.C. Bar No. 1017247)
Principal Deputy Assistant Attorney General
United States Department of Justice
Civil Division

950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Tel: (202) 514-4015
Fax: (202) 305-8470
Email: jennifer.b.dickey@usdoj.gov
Counsel for *Plaintiff*