UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOHN R. BOLTON, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> )  Civil Action No. 20-1580 (RCL) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Brian P. Hudak as counsel for Plaintiff the United States of America and withdraw the appearance of former Assistant United States Attorney Daniel F. Van Horn.

Dated: January 25, 2021
        Washington, DC

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

By:     /s/
BRIAN P. HUDAK
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530
(202) 252-2549

*Attorneys for the United States of America*