**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                    )
UNITED STATES OF AMERICA,              )
                                                    )
                        Plaintiff,               )
                                                    )
            v.                                      )          Civil Action No. 1:20-cv-01580
                                                    )
JOHN R. BOLTON                            )
                                                    )
                        Defendant,            )
                                                    )
_____)

## NOTICE OF APPEARANCE

Please take notice that Joshua Gardner, Special Counsel at the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as counsel of record for the Plaintiff in the above-captioned matter. Mr. Gardner hereby certifies pursuant to Local Rule 83.2(j) that he is personally familiar with the Local Rules of this Court.

Dated: January 25, 2021                      Respectfully submitted,

                                                        BRIAN M. BOYNTON
                                                        Acting Assistant Attorney General

                                                        ALEXANDER K. HAAS
                                                        Director
                                                        Federal Programs Branch

                                                         _/s/ Joshua E. Gardner_
                                                        Joshua E. Gardner (FL Bar No. 302820)
                                                        Special Counsel
                                                        United States Department of Justice
                                                        Civil Division, Federal Programs Branch
                                                        1100 L Street NW, Room 11502
                                                        Washington, D.C. 20005
                                                        Tel: (202) 305-7583
                                                        Fax: (202) 616-8460
                                                        E-mail: Joshua.e.gardner@usdoj.gov

1

*Counsel for Plaintiff*