UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. JOHN R. BOLTON, *Defendant*. | Case No. 1:20-cv-1580-RCL |

## ORDER

Before the Court is the defendant's motion [25] for access to the government's classified materials. That motion is **DENIED**. *See* Mem. Op. 14–15 (Jan. 14, 2021), ECF No. 61; *see also Stillman v. CIA*, 319 F.3d 546, 549 (D.C. Cir. 2003).

**IT IS SO ORDERED.**

Date: 2/22/21

Royce C. Lamberth
United States District Judge