UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN R. BOLTON<br><br>　　　　　　Defendant. | Civil Action No. 20-1580 (RCL) |

**PLAINTIFF'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

Plaintiff, the United States of America, respectfully requests that the Court enlarge the commencement of the current discovery deadlines in this matter by 33 days, to April 5, 2021. *See* ECF No. 60. Plaintiff has conferred with Defendant on the substance of this motion pursuant to Local Civil Rule 7(m), and Defendant consents to the relief sought. As grounds for the relief requested, Plaintiff states as follows:

　　1.　　This matter arises from a dispute between the parties over Defendant's compliance with contracts he signed regarding the protection of classified information obtained during his service as the Assistant to the President for National Security Affairs.

　　2.　　On January 14, 2021, the Court granted, in part, Defendant's Rule 56(d) motion, and entered an order setting a schedule for phased discovery of Plaintiff in support of Defendant's unclean hands defense. The Court ordered that, by February 1, 2021, both parties shall make Rule 26(a)(1) initial disclosures to each other and Defendant shall provide a phased discovery plan to Plaintiff. ECF No. 60, at 2. After January 20, 2021, when new leadership assumed responsibility for Plaintiff's litigation of this matter, the Court granted Plaintiff's

consent motion for an enlargement of time until March 3, 2021, to afford these officials sufficient time to become familiar with the issues in this case. ECF No. 65.

3. The parties have used this time constructively to discuss further proceedings in this case, but they seek a brief additional period of time to confer.

For the foregoing reasons, Plaintiff respectfully requests that the Court grant its consent motion to extend the commencement of the current discovery deadlines by 33 days to April 5, 2021. A proposed order is attached.

Dated: March 1, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

MICHAEL R. SHERWIN
Acting United States Attorney

ALEXANDER K. HAAS
Director, Federal Programs Branch

*/s/Joshua E. Gardner*
JOSHUA E. GARDNER
Special Counsel
Federal Programs Branch

BRIAN P. HUDAK
Assistant United States Attorney
555 Fourth Street N.W., Room E4226,
Washington, D.C. 20530
(202) 252-2549

MICHAEL GERARDI
Trial Attorney
Civil Division, Federal Programs Branch
1100 L Street NW, Room 11514
Washington, D.C. 20005
(202) 616-0680

*Counsel for Plaintiff*