UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )
                                    )
      v.                            )      Civil Action No. 20-1580 (RCL)
                                    )
JOHN R. BOLTON                      )
                                    )
            Defendant.              )
_____)

## JOINT STATUS REPORT AND JOINT MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to the Court's March 3, 2021 Order, ECF No. 68, the parties provide the following joint status report advising the Court as to the progress the parties have made in their conference and on the prospects for settlement. The parties also jointly and respectfully request an enlargement of the current discovery deadlines in this matter by sixty days, to June 4, 2021.

1. This matter arises from a dispute between the parties over Defendant's compliance with contracts he signed regarding the protection of classified information obtained during his service as the Assistant to the President for National Security Affairs.

2. On January 14, 2021, the Court granted, in part, Defendant's motion under Federal Rule of Civil Procedure ("Rule") 56(d) motion and entered an order setting a schedule for phased discovery of Plaintiff in support of Defendant's "unclean hands" defense. The Court ordered that, by February 1, 2021, both parties shall make Rule 26(a)(1) initial disclosures to each other and Defendant shall provide a phased discovery plan to Plaintiff. ECF No. 60, at 2. After January 20, 2021, when new leadership assumed responsibility for this litigation, the Court granted Plaintiffs' consent motion for an enlargement of time until March 3, 2021, to afford these officials sufficient time to become familiar with the issues in this case. ECF No. 65. On

March 3, 2021, the Court granted Plaintiff's second consent motion for an enlargement until April 5, 2021, and ordered the parties to submit by that date a Joint Status Report advising the Court as to the progress the parties have made in their conference and on the prospects for settlement. ECF No. 68.

       3.    The parties have used this time constructively to discuss further proceedings in this case as well as prospects for settlement. Although these discussions have been active and productive, the parties agree that additional time is required for those discussions. Accordingly, the parties respectfully request a sixty-day enlargement of time to provide the Court with a further Joint Status Report.

       4.    For these same reasons, the parties believe that good cause exists to extend the discovery deadlines by that same sixty-day period. A proposed order is attached.

*　*　*

Respectfully submitted,

| | |
|---|---|
| BRIAN M. BOYNTON<br>Acting Assistant Attorney General | COOPER & KIRK PLLC |
| CHANNING D. PHILLIPS, D.C. Bar #415793<br>Acting United States Attorney | */s/Charles J. Cooper*<br>CHARLES J. COOPER<br>Cooper & Kirk, PLLC<br>1523 New Hampshire Ave., N.W.<br>Washington, D.C. 200036<br>Tele: (202) 220-9660<br>Fax: (202) 220-9601 |
| ALEXANDER K. HAAS<br>Director<br>Federal Programs Branch | |
| */s/Joshua E. Gardner*<br>JOSHUA E. GARDNER<br>Special Counsel<br>Federal Programs Branch | *Counsel for Defendant* |

BRIAN P. HUDAK
Assistant United States Attorney
555 Fourth Street NW
Washington, D.C. 20530
(202) 252-2549

MICHAEL GERARDI
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 11514
Washington, D.C. 20005
Tel: (202) 616-0680
michael.j.gerardi@usdoj.gov

*Counsel for Plaintiff*

Dated: April 2, 2021