UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.

JOHN R. BOLTON,

    *Defendant.*

Case No. 1:20-CV-1580-RCL

## ORDER

Before the Court is the parties' joint motion [70] to extend discovery deadlines. Upon review of the motion, the Court **FINDS** that good cause exists to extend the deadlines. Therefore, the motion is **GRANTED**.

It is **FURTHER ORDERED** that the existing schedule is amended as follows:

|   | Existing Date | Amended Date |
|---|---|---|
| Exchange of Rule 26(a)(1) disclosures | April 5, 2021 | June 4, 2021 |
| Bolton's production of discovery plan | April 5, 2021 | June 4, 2021 |
| Meet and confer/filing of joint report | April 19, 2021 | June 18, 2021 |
| Filing of motion for protective order | May 3, 2021 | July 2, 2021 |
| Filing of objections to discovery plan | May 3, 2021 | July 2, 2021 |
| Filing of responses to motion/objections | May 17, 2021 | July 16, 2021 |
| Filing of replies to responses | May 24, 2021 | July 23, 2021 |
| Discovery/motions hearing | June 1, 2021 2:00 p.m. | August 4, 2021 2:00 p.m. |

**IT IS SO ORDERED.**

Date: 4/7/21

Royce C. Lamberth
United States District Judge