IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN R. BOLTON ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 1:20-cv-01580 |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to dismissal of this action, with prejudice, all parties to bear their own fees and costs.

Dated:  June 16, 2021

BRIAN M. BOYNTON
Acting Assistant Attorney General

CHANNING D. PHILLIPS
Acting United States Attorney

ALEXANDER K. HAAS
Director
Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director
Federal Programs Branch

*/s/ Joshua E. Gardner*

JOSHUA E. GARDNER
Special Counsel
Federal Programs Branch

Respectfully submitted,

*/s/ Charles J. Cooper*

CHARLES J. COOPER
Cooper & Kirk, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C. 200036
Tele:  (202) 220-9660
Fax:  (202) 220-9601

*Counsel for Defendant*

Brian P. Hudak
Assistant United States Attorney
555 Fourth Street N.W., Room E4226,
Washington, D.C. 20530
Tel: (202) 252-2549
Fax: (202) 252-2599
Email: Brian.Hudak@usdoj.gov

Michael Gerardi
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 11514
Washington, D.C. 20005
Tel: (202) 616-0680
Fax: (202) 616-8460
E-mail: michael.j.gerardi@usdoj.gov

*Counsel for Plaintiff*